**E-FILED**
Wednesday, 02 February, 2005  11:43:21 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUNDS and STEAMFITTERS LOCAL NO. 353, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 04-1059 ) |
| AIRPORT PLUMBING AND HEATING INC., | ) ) ) ) |
| Defendant. | ) |

**Certificate of Service**

Plaintiffs TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, et. al., by and through its attorneys, Cavanagh & O'Hara, hereby certify that Plaintiffs have this date served upon the Defendant, AIRPORT PLUMBING AND HEATING, INC., the following discovery:

Plaintiffs' Response to Defendants' First Request for Production

Dated this 28th day of January, 2005

Richard P. Perkins
Bobroff, Hesse, Lindmark & Martone, P.C.
7730 Forsyth Blvd., Suite 200
St. Louis, Missouri 63105

    Respectfully submitted,
    s/Daniel M. McLaughlin
    Daniel M. McLaughlin
    Cavanagh & O'Hara
    1609 North Illinois Street
    Swansea, Illinois 62226
    Phone: (618)222-5945
    Fax: (618)222-6755
    E-mail: dan@cavanagh-ohara.com