E-FILED
Wednesday, 02 February, 2005  11:46:42 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUNDS and STEAMFITTERS LOCAL NO. 353,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIRPORT PLUMBING AND HEATING INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 04-1059<br>)<br>)<br>)<br>)<br>) |

**Certificate of Service**

Plaintiffs TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, et. al., by and through its attorneys, Cavanagh & O'Hara, hereby certify that Plaintiffs have this date served upon the Defendant, AIRPORT PLUMBING AND HEATING, INC., the following discovery:

    Plaintiffs' Response to Defendants' First Set of Interrogatories

Dated this 28th day of January, 2005

Richard P. Perkins
Bobroff, Hesse, Lindmark & Martone, P.C.
7730 Forsyth Blvd., Suite 200
St. Louis, Missouri 63105

                              Respectfully submitted,
                              s/Daniel M. McLaughlin
                              Daniel M. McLaughlin
                              Cavanagh & O'Hara
                              1609 North Illinois Street
                              Swansea, Illinois 62226
                              Phone: (618)222-5945
                              Fax: (618)222-6755
                              E-mail: dan@cavanagh-ohara.com