IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUNDS and STEAMFITTERS LOCAL NO. 353, <br><br> Plaintiffs, <br><br> vs. <br><br> AIRPORT PLUMBING AND HEATING INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) No. 04-1059 ) ) ) ) ) |

**Certificate of Service**

Plaintiffs TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, et. al., by and through its attorneys, Cavanagh & O'Hara, hereby certify that Plaintiffs have this date served upon the Defendant, AIRPORT PLUMBING AND HEATING, INC., the following discovery:

Plaintiffs' First Supplemental Response to Defendants' First Request for Production

Dated this 2nd day of February, 2005.

Richard P. Perkins
Bobroff, Hesse, Lindmark & Martone, P.C.
7730 Forsyth Blvd., Suite 200
St. Louis, Missouri 63105

                                        Respectfully submitted,
                                        s/Daniel M. McLaughlin
                                        Daniel M. McLaughlin
                                        Cavanagh & O'Hara
                                        1609 North Illinois Street
                                        Swansea, Illinois 62226
                                        Phone: (618)222-5945
                                        Fax: (618)222-6755
                                        E-mail: dan@cavanagh-ohara.com