IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUNDS and STEAMFITTERS LOCAL NO. 353 | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) |
| AIRPORT PLUMBING AND HEATING, INC. | ) ) |
| Defendant. | ) |

Cause No. 1:04cv1059

### JOINT MOTION TO MODIFY SCHEDULING PLAN

The parties jointly move the Court to modify the Scheduling Plan in this matter as follows:

1. Plaintiffs to identify all experts, provide expert reports on or before June 17, 2005, and make all expert witnesses available for deposition by July 15, 2005;

2. Defendant to identify all experts, provide expert reports on or before July 22, 2005, and make all expert witnesses available for deposition by April August 19, 2005;

3. All discovery is to be completed on or before September 23, 2005;

4. Dispositive motions shall be filed by October 28, 2005;

5. A final pretrial conference shall be set by the Court at 9:00 a.m. in Courtroom C; and,

6.    Bench trial will be set by the Court at 9:00 a.m. in Courtroom C.

In support of this Motion, the Parties state that they have exchanged settlement proposals, are engaged in settlement discussions and wish to extend the case management deadlines to give them sufficient time to attempt to settle this dispute. If settlement discussions do not come to fruition in a settlement agreement, the parties wish to engage in additional discovery before filing dispositive motions or proceeding to trial. This is the first time that the parties have requested to modify the Case Management Order.

Respectfully submitted,

BOBROFF, HESSE,
LINDMARK & MARTONE, P.C.


BY:   /s/ Andrew J. Martone
       Andrew J. Martone, #06203524
       Richard P. Perkins
       7730 Forsyth Boulevard, Suite 200
       St. Louis, MO 63105
       (314) 862-0300
       Fax: (314) 862-7010

       Attorneys for Defendant Airport
       Plumbing and Heating, Inc


/s/ Daniel M. McLaughlin
Daniel M. McLaughlin
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, IL 62226
(618) 222-5945
(618) 222-6755 - Fax


**ADD DAN HERE**

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was served through the Electronic Case Filing system and, in addition, a copy was sent, first-class mail, postage prepaid, this 23rd day of March, 2005, to:

Daniel M. McLaughlin
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois  62226

*Attorneys for Plaintiffs*

                                                          /s/ Andrew J. Martone