**E-FILED**
Friday, 01 April, 2005  09:34:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUNDS and STEAMFITTERS LOCAL NO. 353,<br><br>       Plaintiffs,<br><br>Vs.<br><br>AIRPORT PLUMBING AND HEATING, INC.<br><br>       Defendant. | Cause No. 04-1059 |

### ENTRY OF APPEARANCE

Comes now Richard P. Perkins, of Bobroff, Hesse, Lindmark & Martone, P.C., and enters his appearance as co-counsel for Defendant Airport Plumbing and Heating, Inc. in this matter.

Respectfully submitted,

BOBROFF, HESSE,
LINDMARK & MARTONE, P.C.

BY:   s/ Richard P. Perkins
      Andrew J. Martone, #06203524
      Richard P. Perkins
      7730 Forsyth Boulevard, Suite 200
      St. Louis, MO 63105
      (314) 862-0300
      Fax: (314) 862-7010

Attorneys for Defendant Airport Plumbing and Heating, Inc

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following:

John Long
Daniel M. McLaughlin
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois  62226

*Attorneys for Plaintiffs*

                                          s/ Richard P. Perkins