IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUNDS and STEAMFITTERS LOCAL 353, <br><br> Plaintiffs, <br><br> vs. <br><br> AIRPORT PLUMBING AND HEATING, INC., <br><br> Defendants. | Case No. 1:04cv1059 |

## ENTRY OF APPEARANCE

NOW COMES James P. Moody of the law firm of Cavanagh & O'Hara and hereby enters his appearance on behalf of the Plaintiffs, TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUNDS and STEAMFITTERS LOCAL 353.

Respectfully submitted,

s/ James P. Moody
Cavanagh & O'Hara
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Phone: (217) 544-1771
Fax: (217) 544-9894
E-mail: jim@cavanagh-ohara.com

Attorney for Plaintiffs

## Certificate of Service

I hereby certify that on April 7, 2005, I electronically filed the Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Andrew J. Martone    andymartone@bobroffhesse.com

Attorney for Defendant

    Respectfully submitted,

    s/James P. Moody
    Cavanagh & O'Hara
    407 East Adams Street
    P.O. Box 5043
    Springfield, Illinois 62705
    Phone: (217) 544-1771
    Fax: (217) 544-9894
    E-mail: jim@cavanagh-ohara.com

    Attorney for Plaintiffs

S:\c&o\Files\ECIPT\Delinquency\EOA.airport.wpd