IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 04-1059 |
| vs. | ) ) ) | |
| AIRPORT PLUMBING AND HEATING, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' ANSWER TO AFFIRMATIVE DEFENSES**

NOW COME Plaintiffs, TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, by and through its attorneys, Cavanagh & O'Hara, and for its Answer to Defendant'S Affirmative Defenses state:

1. Plaintiffs deny the allegations in paragraph 1.

2. Plaintiffs deny the allegations in paragraph 2.

3. Plaintiffs deny the allegations in paragraph 3.

4. Plaintiffs deny the allegations in paragraph 4.

5. Plaintiffs deny the allegations in paragraph 5.

6. Plaintiffs deny the allegations in paragraph 6.

7. Plaintiffs deny the allegations in paragraph 7.

WHEREFORE, Plaintiffs deny that the Defendant is entitled to any judgment or relief against the Plaintiffs and Plaintiffs demand judgment against the Defendant, plus costs of suit.

    TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, Plaintiffs,

By: ___s/ James P. Moody_____
    **CAVANAGH & O'HARA**
    407 East Adams Street
    Post Office Box 5043
    Springfield, IL 62705
    Telephone: 217-544-1771
    Facsimile: 217-544-9894
    jim@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Plaintiffs' Answer to Affirmative Defenses by depositing copies of the same in an envelope addressed as follows:

>Andrew J. Martone
>Richard P. Perkins
>7730 Forsyth Boulevard, Suite 200
>St. Louis, MO 63105

and by depositing the envelope in the U.S. Mail, in Springfield, Illinois, with first-class postage fully prepaid on this 14th day of June, 2005.

>s/ James P. Moody_____
>**CAVANAGH & O'HARA**
>407 East Adams Street
>Post Office Box 5043
>Springfield, IL 62705
>Telephone: 217-544-1771
>Facsimile: 217-544-9894
>jim@cavanagh-ohara.com

F:\files\ECIPT\Airport\AnswerAffDef.wpd