UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WEFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUNDS and STEAMFITTERS LOCAL NO. 353, <br><br> Plaintiffs, <br><br> v. <br><br> AIRPORT PLUMBING AND HEATING, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Cause No: 04-1059 ) ) ) ) ) ) ) |

## AFFIDAVIT OF PHYLLIS KAWOLSKY

Comes now affiant, Phyllis Kawolsky, and states the following under oath:

1. I am the Secretary of Airport Plumbing and Heating, Inc. I am directly involved in the day-to-day operations of the company and am familiar with its operations, employees, and records.

2. I was present when the representative of Romolo & Associates reviewed certain records of Airport Plumbing and Heating, Inc. on behalf of the Plaintiffs. I have reviewed the April 11, 2003 report issued by Romolo & Associates.

3. At no time did I or any officer, manager, or representative of Airport Plumbing and Heating, Inc. understand, acknowledge, agree to, accept, or ratify the procedures utilized by Romolo & Associates in conducting the review.

STATE OF ILLINOIS )
SS. )
COUNTY OF PEORIA )

_____
PHYLLIS KAWOLSKY

    Phyllis Kawolsky, the affiant, appeared before me and signed this affidavit under oath before me, this _31_ day of March, 2005.

_____
Notary Public

My Commission expires

"OFFICIAL SEAL"
MICHAEL L. VOLLMER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07-18-2007

2