E-FILED
Friday, 22 July, 2005   01:18:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUNDS and STEAMFITTERS LOCAL NO. 353<br><br>    Plaintiffs,<br><br>Vs.<br><br>AIRPORT PLUMBING AND HEATING, INC.<br><br>    Defendant. | Cause No. 04-1059 |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' DISCLOSURE OF EXPERT
AND TO EXCLUDE EXPERT TESTIMONY AND EVIDENCE**

Defendant Airport Plumbing and Heating, Inc., moves this Court under Federal Rule of Civil Procedure 37(c)(1) to (a) strike Plaintiffs' Disclosure of Expert and (b) bar Plaintiffs from using at trial or in a dispositive motion both the testimony of Joseph Romolo as experts for Plaintiffs and Plaintiffs' Exhibit C, the Statement of Additional Reportable Hours for Airport Plumbing & Heating for the Period January 1, 1998 to December 31, 2002 because Plaintiffs' expert disclosure fails to fulfill the requirements of Rule 26(a)(2).  The report of Plaintiffs' expert does not state any cognizable opinions and, to the extent it states a conclusion, the report does not provide a detailed basis or reason for the conclusion nor does it clearly identify the data or other information considered by the expert.

Defendant submits a brief Memorandum of Law in support of this Motion.

Respectfully submitted,

BOBROFF, HESSE,
LINDMARK & MARTONE, P.C.


BY:   s/ Richard P. Perkins
      Andrew J. Martone, #06203524
      Vanessa K.R. Keith, of counsel
      Richard P. Perkins, of counsel
      7730 Forsyth Boulevard, Suite 200
      St. Louis, MO 63105
      (314) 862-0300
      Fax: (314) 862-7010
      andymartone@bobroffhesse.com
      richperkins@bobroffhesse.com

      Attorneys for Defendant Airport Plumbing
      and Heating, Inc

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following :

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
P.O. Box 5043
Springfield, Illinois  62705
*Attorneys for Plaintiffs*

                                                     s/ Richard P. Perkins