E-FILED
Friday, 22 July, 2005  01:20:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, </br></br>Plaintiffs, </br></br>vs. </br></br>AIRPORT PLUMBING AND HEATING, INC., </br></br>Defendant. | ) ) ) ) ) ) ) ) No. 04-1059 ) ) ) ) ) ) |

### DISCLOSURE OF EXPERT

NOW COME Plaintiffs, TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, and, pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby disclose the following person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

1. Joseph Romolo, certified public accountant, 2428 N. North, Peoria, IL 61604;

2. The curriculum vitae of Joseph Romolo is attached hereto;

3. Joseph Romolo charges $125.00/hour to testify;

4. The following is the list of cases in which he has testified at trial or by deposition within the preceding four years: Trustees of Central Laborers' Pension Fund, *et al.*, v. Jerry Lowery, *et al.* (Fed. Dist. Ct. Central Dist. of Ill. 97-3317).

TRUSTEES OF EAST CENTRAL ILLINOIS PIPE<br>
TRADES HEALTH & WELFARE FUND,<br>
PLUMBERS & PIPEFITTERS FRINGE BENEFITS

DEFENDANT'S EXHIBIT 1

FUND and STEAMFITTERS LOCAL NO. 353,
Plaintiffs,


By: ___s/ James P. Moody___
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: 217-544-1771
Facsimile: 217-544-9894
jim@cavanagh-ohara.com


## CERTIFICATE OF SERVICE

I certify that I served the foregoing Rule 26 Disclosure of Experts by depositing the same in an envelope addressed as follows:

Andrew J. Martone
Richard P. Perkins
7730 Forsyth Boulevard, Suite 200
St. Louis, MO 63105

and by depositing the envelope in the U.S. Mail, in Springfield, Illinois, with first-class postage fully prepaid on this 14th day of June, 2005.

s/ James P. Moody
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: 217-544-1771
Facsimile: 217-544-9894
jim@cavanagh-ohara.com

F:\files\ECIPT\Airport\DiscloseExpert.wpd

**M. JOSEPH ROMOLO**
**CERTIFIED PUBLIC ACCOUNTANT**
209 Pine Ridge
Washington, Illinois 61571

| | |
|---|---|
| Home Telephone: | 309-745-5454 |
| Work Telephone: | 309-682-2001 |
| Cellular: | 309-370-2556 |
| E-mail: | joe@romolocpa.com |

| **Professional History** | |
|---|---|
| Owner & Manager<br>Romolo & Associates<br>Certified Public Accountant<br>2428 N. North Street<br>Peoria, Illinois 61604 | Romolo & Associates was established in 1980 as a single certified public accounting firm with no support staff. The firm has since grown to a staff of 4 certified public accountants, 4 staff accountants, 4 support positions and 3 payroll field examiners. The firm is still solely owned by myself. Accomplishments in my firm include the growth described above along with the reputation of the firm in the central Illinois business community. The firm was founded on the basis of quality and integrity first and that concept has never left the top of the list. The firm has had 4 quality reviews (2004, 2001, 1998 and 1995) all of which resulted in unqualified opinions and no letter of comments which is the best result a firm can achieve. |
| Associate Professor<br>Illinois Central College<br>East Peoria, Illinois | In the fall of 1980 I left a 2 year staff accounting position at Ginoli & Co., C.P.A. to become an accounting instructor at Illinois Central College. I was later promoted to associate professor status and continued to teach until 1987. At that point the travel involved with my CPA business began to impact my time associated with teaching. I left my teaching position to devote full-time to my practice. Fortunately, I am still able to enjoy teaching by presenting annual tax and accounting related seminars for the Central Illinois Employers Association. |
| **Additional Work History** | |
| Member of Laborers<br>International Union of<br>North America Local #165<br>Peoria, Illinois | During my college years, from 1974 to 1978, I worked as a union laborer and member of Laborers International Union of North America Local #165. This experience was one that taught me great lessons regarding the value of education and the plight of the working men and women. |

| Education | |
|---|---|
| | I am a 1973 graduate of Spalding Institute in Peoria, Illinois. I attended Augustana College on a football scholarship for one year, and then transferred to Bradley University where I completed my Bachelor of Science degree in accounting and graduated in May of 1978. |
| | I have continued my education by maintaining a minimum of 40 hours of continuing education each and every year as required to maintain a CPA license. |
| **Professional Affiliations** | |
| | Member of the Illinois Certified Public Accountants Society since November, 1980<br>Member of the American Institute of Certified Public Accountants since September, 1980<br>Licensed Certified Public Accountant in the State of Illinois since 1980<br>Member of the National Association of Tax Practitioners<br>Member of the International Foundation of Employee Benefits |
| **Personal Information** | |
| | Married since 1979 with 3 children ages 16, 19 and 22. |
| | Illinois High School Association varsity football official for 25 years until I retired in 2000. |
| | Volunteer coach for youth sports programs for over 27 years, coaching Junior Football League, boys and girls soccer, basketball and baseball. |
| | I have devoted the majority of my volunteer time in youth athletics coaching over 50 different teams and 1000 plus boys and girls from ages 7 to 20. I have also served on the board and held the position of director in many of these programs. |

STATEMENT OF ADDITIONAL
REPORTABLE HOURS FOR
AIRPORT PLUMBING & HEATING
FOR THE PERIOD
JANUARY 1, 1998 TO DECEMBER 31, 2002




# ROMOLO & ASSOCIATES

2428 N. North • Peoria, IL 61604
E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045

Certified Public Accountants

April 11, 2003

East Central Illinois Pipe Trades Health & Welfare Fund
C/O Morris Associates
9045 E. 59th Street
Indianapolis, IN 46216

Inv. #1150

For services rendered in connection
with the fringe benefit compliance
examination on behalf of East Central Illinois
Pipe Trades Health & Welfare Fund for
Airport Plumbing & Heating:

| | |
|---|---:|
| Scheduling | $ 50.00 |
| Field Work | 500.00 |
| Processing - Final | 87.50 |
| **TOTAL DUE** | $ 637.50 |

PAYABLE UPON RECEIPT



**ROMOLO & ASSOCIATES**
Certified Public Accountants

2428 N. North • Peoria, IL 61604
E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045

### Independent Accountant's Report On Applying Agreed-Upon Procedures

To the Board of Trustees
of East Central Illinois Pipe Trades Health & Welfare Fund
Delinquency Committee
Springfield, Illinois

At your request we have applied certain agreed upon procedures specified by East Central Illinois Pipe Trades Health & Welfare Fund as described in the attached supplement, to the selected payroll and related records of Airport Plumbing & Heating who has agreed to submit their records for the period January 1, 1998 to December 31, 2002. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the East Central Illinois Pipe Trades Health & Welfare Fund Trust Agreements. This engagement to apply agreed-upon procedures was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

Because the procedures described in the supplement do not constitute an audit made in accordance with generally accepted auditing standards, we do not express an opinion on any of the accounts or items referred to in this report.

In connection with the above procedures, certain matters came to our attention that caused us to believe that additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $30,425.00.

In addition, the accompanying notes herein identify any special circumstances which we feel the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Had we performed additional procedures or had we performed an audit of the financial statements in accordance with generally accepted auditing standards, other matters might have come to our attention that would have been reported to you. This report relates only to the items specified above and does not extend to any financial statements of the Employer taken as a whole.

This report is intended solely for the information of the Employer and the East Central Illinois Pipe Trades Health & Welfare Fund and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

Romolo & Associates
Certified Public Accountants
April 11, 2003

## SUPPLEMENT FOR AGREED UPON PROCEDURES

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

    * Weekly payroll
    * Individual earnings records
    * State unemployment tax Forms, UC-3s
    * Federal payroll tax Forms 941s, 940s, and/or W-2s
    * Other trades fringe benefit reports
    * The monthly remittance reports for your Fund
    * Job cost records

3. To determine that we were provided with the entire payroll we performed the following procedure:

    * Agreed gross wages per the Employer's payroll records to its payroll tax returns on a test basis.

4. In order to determine that all hours for covered work were properly reported to the Funds we performed the following test procedures:

    * Determined classifications of employees and union affiliation.
    * Compared hours worked by covered employees to the hours reported on the Employer's monthly remittance reports.
    * Reported all hours as due for employees whose occupation could not be determined.

5. Reviewed findings with Employer at conclusion of procedures and discussed possible delinquencies.

(Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

AIRPORT PLUMBING & HEATING
NOTES TO AGREED UPON PROCEDURES
JANUARY 1, 1998 TO DECEMBER 31, 2002

NOTE 1:   NON-UNION PLUMBER

Please be advised that the individual listed under Local 63-NU is a non-union plumber who worked for this employer for the entire examination period. All hours worked by this individual have been shown as due herein under Local 63-NU.

AIRPORT PLUMBING & HEATING
TOTAL SUMMARY OF AMOUNTS DUE
JANUARY 1, 1998 TO DECEMBER 31, 2002

|  | 1998 | 1999 | 2000 | 2001 | 2002 | TOTAL |
|---|---|---|---|---|---|---|
| HEALTH&WELFARE | $5,331.20 | $5,278.00 | $2,272.80 | $2,352.40 | $5,844.40 | $21,078.80 |
| INTEREST DUE | 3,060.36 | 2,409.34 | 762.29 | 509.36 | 496.97 | 7,238.32 |
| LIQUIDATED DAMAGES | 533.12 | 527.80 | 227.28 | 235.24 | 584.44 | 2,107.88 |
| TOTAL DUE | $8,924.68 | $8,215.14 | $3,262.37 | $3,097.00 | $6,925.81 | $30,425.00 |

SUMSAMOUNTDUE.xls

Airport Plumbing & Heating
Unreported Total Hours
For period 1/1/98 - 12/31/98
Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theinert, Donald 336320872 | 160.00 | 152.00 | 160.00 | 138.00 | 144.00 | 192.00 | 160.00 | 160.00 | 120.00 | 160.00 | 160.00 | 184.00 | 1,890.00 |
| Unreported Total Hours | 160.00 | 152.00 | 160.00 | 138.00 | 144.00 | 192.00 | 160.00 | 160.00 | 120.00 | 160.00 | 160.00 | 184.00 | 1,890.00 |
| Amounts Due | | | | | | | | | | | | | |
| Health & Welfare | $448.00 | $425.60 | $448.00 | $386.40 | $403.20 | $537.60 | $448.00 | $456.00 | $342.00 | $456.00 | $456.00 | $524.40 | $5,331.20 |
| Total Liability | $448.00 | $425.60 | $448.00 | $386.40 | $403.20 | $537.60 | $448.00 | $456.00 | $342.00 | $456.00 | $456.00 | $524.40 | $5,331.20 |
| Rates | | | | | | | | | | | | | |
| Health & Welfare | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.850 | 2.850 | 2.850 | 2.850 | 2.850 | |

Airport Plumbing & Heating
Unreported Total Hours
For period 1/1/98 - 12/31/98

Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Total Hours for Local: 63-NU | | | | | | | | | | | | | |
| | 160.00 | 152.00 | 160.00 | 136.00 | 144.00 | 192.00 | 160.00 | 160.00 | 120.00 | 160.00 | 160.00 | 184.00 | 1890.00 |
| Amounts Due | | | | | | | | | | | | | |
| Health & Welfare | $448.00 | $425.60 | $448.00 | $386.40 | $403.20 | $537.60 | $448.00 | $456.00 | $342.00 | $456.00 | $456.00 | $524.40 | $5,331.20 |
| Total Liability | $448.00 | $425.60 | $448.00 | $386.40 | $403.20 | $537.60 | $448.00 | $456.00 | $342.00 | $456.00 | $456.00 | $524.40 | $5,331.20 |
| Interest Due | $262.24 | $263.87 | $273.28 | $231.84 | $237.89 | $311.81 | $255.36 | $255.36 | $188.10 | $246.24 | $241.68 | $272.69 | $3,060.36 |
| Liquidated Damages | $44.80 | $42.56 | $44.80 | $38.64 | $40.32 | $53.76 | $44.80 | $45.60 | $34.20 | $45.60 | $45.60 | $52.44 | $533.12 |
| Rates | | | | | | | | | | | | | |
| Health & Welfare | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.850 | 2.850 | 2.850 | 2.850 | 2.850 | |

Airport Plumbing & Heating
Unreported Total Hours
For period 1/1/99 - 12/31/99
Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theinert, Donald 336320872 | 152.00 | 160.00 | 192.00 | 160.00 | 136.00 | 200.00 | 160.00 | 144.00 | 80.00 | 136.00 | 120.00 | 200.00 | 1840.00 |
| Unreported Total Hours | 152.00 | 160.00 | 192.00 | 160.00 | 136.00 | 200.00 | 160.00 | 144.00 | 80.00 | 136.00 | 120.00 | 200.00 | 1840.00 |
| Amounts Due | | | | | | | | | | | | | |
| Health & Welfare | $433.20 | $456.00 | $547.20 | $456.00 | $387.60 | $570.00 | $456.00 | $417.60 | $232.00 | $394.40 | $348.00 | $580.00 | $5,278.00 |
| Total Liability | $433.20 | $456.00 | $547.20 | $456.00 | $387.60 | $570.00 | $456.00 | $417.60 | $232.00 | $394.40 | $348.00 | $580.00 | $5,278.00 |
| Rates | | | | | | | | | | | | | |
| Health & Welfare | 2.850 | 2.850 | 2.850 | 2.850 | 2.850 | 2.850 | 2.850 | 2.900 | 2.900 | 2.900 | 2.900 | 2.900 | |

Airport Plumbing & Heating
Unreported Total Hours
For period 1/1/99 - 12/31/99
Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Total Hours for Local: 63-NU | | | | | | | | | | | | | |
| | 152.00 | 160.00 | 192.00 | 160.00 | 136.00 | 200.00 | 160.00 | 144.00 | 80.00 | 136.00 | 120.00 | 200.00 | 1840.00 |
| Amounts Due | | | | | | | | | | | | | |
| Health & Welfare | $433.20 | $456.00 | $547.20 | $456.00 | $387.60 | $570.00 | $456.00 | $417.60 | $232.00 | $394.40 | $348.00 | $580.00 | $5,278.00 |
| Total Liability | $433.20 | $456.00 | $547.20 | $456.00 | $387.60 | $570.00 | $456.00 | $417.60 | $232.00 | $394.40 | $348.00 | $580.00 | $5,278.00 |
| Interest Due | $220.93 | $228.00 | $269.13 | $218.88 | $182.17 | $262.20 | $205.20 | $183.74 | $99.76 | $165.65 | $142.68 | $232.00 | $2,409.34 |
| Liquidated Damages | $43.32 | $45.60 | $54.72 | $45.60 | $38.76 | $57.00 | $45.60 | $41.76 | $23.20 | $39.44 | $34.80 | $58.00 | $527.80 |
| Rates | | | | | | | | | | | | | |
| Health & Welfare | 2.850 | 2.850 | 2.850 | 2.850 | 2.850 | 2.850 | 2.850 | 2.900 | 2.900 | 2.900 | 2.900 | 2.900 | |

Airport Plumbing & Heating
Unreported Total Hours
For period 1/1/00 - 12/31/00
Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theinert, Donald 336320872 | 64.00 | 64.00 | 80.00 | 64.00 | 64.00 | 80.00 | 48.00 | 48.00 | 80.00 | 40.00 | 56.00 | 80.00 | 768.00 |
| Unreported Total Hours | 64.00 | 64.00 | 80.00 | 64.00 | 64.00 | 80.00 | 48.00 | 48.00 | 80.00 | 40.00 | 56.00 | 80.00 | 768.00 |
| Amounts Due | | | | | | | | | | | | | |
| Health & Welfare | $185.60 | $185.60 | $232.00 | $185.60 | $185.60 | $232.00 | $139.20 | $146.40 | $244.00 | $122.00 | $170.80 | $244.00 | $2,272.80 |
| Total Liability | $185.60 | $185.60 | $232.00 | $185.60 | $185.60 | $232.00 | $139.20 | $146.40 | $244.00 | $122.00 | $170.80 | $244.00 | $2,272.80 |
| Rates | | | | | | | | | | | | | |
| Health & Welfare | 2.900 | 2.900 | 2.900 | 2.900 | 2.900 | 2.900 | 2.900 | 3.050 | 3.050 | 3.050 | 3.050 | 3.050 | |

Airport Plumbing & Heating
Unreported Total Hours
For period 1/1/00 - 12/31/00
Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Total Hours for Local: 63-NU | | | | | | | | | | | | | |
| | 64.00 | 64.00 | 80.00 | 64.00 | 64.00 | 80.00 | 48.00 | 48.00 | 80.00 | 40.00 | 56.00 | 80.00 | 768.00 |
| Amounts Due | | | | | | | | | | | | | |
| Health & Welfare | $185.60 | $185.60 | $232.00 | $185.60 | $185.60 | $232.00 | $139.20 | $146.40 | $244.00 | $122.00 | $170.80 | $244.00 | $2,272.80 |
| Total Liability | $185.60 | $185.60 | $232.00 | $185.60 | $185.60 | $232.00 | $139.20 | $146.40 | $244.00 | $122.00 | $170.80 | $244.00 | $2,272.80 |
| Interest Due | $72.38 | $70.53 | $85.84 | $66.82 | $64.96 | $78.88 | $45.94 | $46.85 | $75.64 | $36.60 | $49.53 | $68.32 | $762.29 |
| Liquidated Damages | $18.56 | $18.56 | $23.20 | $18.56 | $18.56 | $23.20 | $13.92 | $14.64 | $24.40 | $12.20 | $17.08 | $24.40 | $227.28 |
| Rates | | | | | | | | | | | | | |
| Health & Welfare | 2.900 | 2.900 | 2.900 | 2.900 | 2.900 | 2.900 | 2.900 | 3.050 | 3.050 | 3.050 | 3.050 | 3.050 | |

Airport Plumbing & Heating
Unreported Total Hours
For period 1/1/01 - 12/31/01
Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theinert, Donald 336320872 | 64.00 | 64.00 | 64.00 | 64.00 | 64.00 | 80.00 | 64.00 | 80.00 | 48.00 | 32.00 | 56.00 | 48.00 | 728.00 |
| Unreported Total Hours | 64.00 | 64.00 | 64.00 | 64.00 | 64.00 | 80.00 | 64.00 | 80.00 | 48.00 | 32.00 | 56.00 | 48.00 | 728.00 |
| Amounts Due | | | | | | | | | | | | | |
| Health & Welfare | $195.20 | $195.20 | $195.20 | $195.20 | $195.20 | $244.00 | $195.20 | $284.00 | $170.40 | $113.60 | $198.80 | $170.40 | $2,352.40 |
| Total Liability | $195.20 | $195.20 | $195.20 | $195.20 | $195.20 | $244.00 | $195.20 | $284.00 | $170.40 | $113.60 | $198.80 | $170.40 | $2,352.40 |
| Rates | | | | | | | | | | | | | |
| Health & Welfare | 3.050 | 3.050 | 3.050 | 3.050 | 3.050 | 3.050 | 3.050 | 3.550 | 3.550 | 3.550 | 3.550 | 3.550 | |

## Airport Plumbing & Heating
## Unreported Total Hours
### For period 1/1/01 - 12/31/01

#### Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Total Hours for Local: 63-NU | | | | | | | | | | | | | |
| | 64.00 | 64.00 | 64.00 | 64.00 | 64.00 | 80.00 | 64.00 | 80.00 | 48.00 | 32.00 | 56.00 | 48.00 | 726.00 |
| Amounts Due | | | | | | | | | | | | | |
| Health & Welfare | $195.20 | $195.20 | $195.20 | $195.20 | $195.20 | $244.00 | $195.20 | $284.00 | $170.40 | $113.60 | $198.80 | $170.40 | $2,352.40 |
| Total Liability | $195.20 | $195.20 | $195.20 | $195.20 | $195.20 | $244.00 | $195.20 | $284.00 | $170.40 | $113.60 | $198.80 | $170.40 | $2,352.40 |
| Interest Due | $52.70 | $50.75 | $48.80 | $46.85 | $44.90 | $53.68 | $40.99 | $56.80 | $32.38 | $20.45 | $33.80 | $27.26 | $509.36 |
| Liquidated Damages | $19.52 | $19.52 | $19.52 | $19.52 | $19.52 | $24.40 | $19.52 | $28.40 | $17.04 | $11.36 | $19.88 | $17.04 | $235.24 |
| Rates | | | | | | | | | | | | | |
| Health & Welfare | 3.050 | 3.050 | 3.050 | 3.050 | 3.050 | 3.050 | 3.050 | 3.550 | 3.550 | 3.550 | 3.550 | 3.550 | |

Airport Plumbing & Heating
Unreported Total Hours
For period 1/1/02 - 12/31/02
Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theinert, Donald 336320872 | 64.00 | 56.00 | 112.00 | 96.00 | 160.00 | 128.00 | 128.00 | 160.00 | 128.00 | 128.00 | 160.00 | 128.00 | 1448.00 |
| Unreported Total Hours | 64.00 | 56.00 | 112.00 | 96.00 | 160.00 | 128.00 | 128.00 | 160.00 | 128.00 | 128.00 | 160.00 | 128.00 | 1448.00 |
| Amounts Due | | | | | | | | | | | | | |
| Health & Welfare | $227.20 | $198.80 | $397.60 | $340.80 | $568.00 | $454.40 | $454.40 | $728.00 | $582.40 | $582.40 | $728.00 | $582.40 | $5,844.40 |
| Total Liability | $227.20 | $198.80 | $397.60 | $340.80 | $568.00 | $454.40 | $454.40 | $728.00 | $582.40 | $582.40 | $728.00 | $582.40 | $5,844.40 |
| Rates | | | | | | | | | | | | | |
| Health & Welfare | 3.550 | 3.550 | 3.550 | 3.550 | 3.550 | 3.550 | 3.550 | 4.550 | 4.550 | 4.550 | 4.550 | 4.550 | |

Airport Plumbing & Heating
Unreported Total Hours
For period 1/1/02 - 12/31/02
Local: 63-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Total Hours for Local: 63-NU | 64.00 | 56.00 | 112.00 | 96.00 | 160.00 | 128.00 | 128.00 | 160.00 | 128.00 | 128.00 | 160.00 | 128.00 | 1448.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| Health & Welfare | $227.20 | $198.80 | $397.60 | $340.80 | $568.00 | $454.40 | $454.40 | $728.00 | $582.40 | $582.40 | $728.00 | $582.40 | $5,844.40 |
| Total Liability | $227.20 | $198.80 | $397.60 | $340.80 | $568.00 | $454.40 | $454.40 | $728.00 | $582.40 | $582.40 | $728.00 | $582.40 | $5,844.40 |
| Interest Due | $34.08 | $27.83 | $51.69 | $40.90 | $62.48 | $45.44 | $40.90 | $58.24 | $40.77 | $34.94 | $35.40 | $23.30 | $496.97 |
| Liquidated Damages | $22.72 | $19.88 | $39.76 | $34.08 | $56.80 | $45.44 | $45.44 | $72.80 | $58.24 | $58.24 | $72.80 | $58.24 | $584.44 |
| **Rates** | | | | | | | | | | | | | |
| Health & Welfare | 3.550 | 3.550 | 3.550 | 3.550 | 3.550 | 3.550 | 3.550 | 4.550 | 4.550 | 4.550 | 4.550 | 4.550 | |