E-FILED
Friday, 05 August, 2005  04:13:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, | ) ) ) ) ) ) |
| Plaintiffs, | ) No. 04-1059 |
| vs. | ) ) ) |
| AIRPORT PLUMBING AND HEATING, INC., | ) ) |
| Defendant. | ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
TO STRIKE PLAINTIFFS' DISCLOSURE OF EXPERT AND
TO EXCLUDE EXPERT TESTIMONY AND EVIDENCE**

The Defendant has moved to strike Plaintiffs' Disclosure of Expert and to bar the testimony of Joseph Romolo as an expert and Plaintiffs' Exhibit C, Statement of Additional Reportable Hours for Airport Plumbing & Heating, Inc. for the Period from January 1, 1998 to December 31, 2002. The Defendant asserts that the Plaintiffs' disclosure does not meet the requirements of Rule 26(a)(2) because the report does not state an opinion, provide a detailed basis or reason for a conclusion or identify data or other information considered by the expert.

It is completely beyond Plaintiffs' belief that Defendant cannot comprehend and understand Plaintiffs' expert disclosure report. The expert simply reconciled the Defendant's payroll records to the payroll information the Defendant submitted to the Internal Revenue Service and the Illinois Department of Employment Security. The reconciliation was to determine that the payroll records were complete. The employees listed in the payroll records were then compared to those employees reported to the Plaintiffs on contribution reporting forms.

Based on these procedures, Joseph Romolo's opinion/conclusion is simply that the Defendant employed Donald Theinert for the period from January 1, 1998 to December 31, 2002, and further that the Defendant did not pay fringe benefit contributions on his behalf.

The basis for Joseph Romolo's opinion/conclusion was the procedures performed which are expressly stated in the expert's report. The data and other information considered by the expert are also expressly stated in the expert's disclosure report (weekly payroll, individual earning records, State unemployment tax forms, UC-3s, Federal payroll tax forms 941s, 940s and/or W-2s, other trades fringe benefit reports, the monthly remittance reports for the Funds, and job cost records). The expert report specifically states how above records were used to make the expert's determinations. For these reasons, Plaintiffs strongly believe that the expert disclosure report meets the requirements of Rule 26(a)(2).

Assuming for sake of argument that Plaintiffs' expert disclosure is insufficient, such deficiency is harmless. The Defendant need not depose Plaintiffs' expert or conduct discovery to substantiate Plaintiffs' expert's opinion/conclusion which facts were derived from the Defendant's own records. The expert's testimony is plainly disclosed in his report and the brief submitted herein.

Further, Defendant's counsel never communicated with Plaintiffs' counsel regarding the expert disclosure report. Had Defendant's counsel contacted Plaintiffs' counsel, Plaintiffs would have supplemented the disclosure. Plaintiffs' disclosure was made in good faith and is justified.

Plaintiffs have submitted a Memorandum of Law in support of it response to Defendant's Motion.

WHEREFORE, Plaintiffs respectfully request that this Court deny Defendant's Motion to Strike Plaintiffs' Disclosure of Expert and to Exclude Expert Testimony and Evidence.

        Respectfully submitted,

        TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, Plaintiffs,

By:    s/ James P. Moody_____
        **CAVANAGH & O'HARA**
        407 East Adams Street
        Post Office Box 5043
        Springfield, IL 62705
        Telephone: 217-544-1771
        Facsimile: 217-544-9894
        jim@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

  I certify on August 5, 2005, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Andrew J. Martone
> Richard P. Perkins
> 7730 Forsyth Boulevard, Suite 200
> St. Louis, MO 63105
> Attorneys for Defendant

> s/ James P. Moody_____
> **CAVANAGH & O'HARA**
> 407 East Adams Street
> Post Office Box 5043
> Springfield, IL 62705
> Telephone: 217-544-1771
> Facsimile: 217-544-9894
> jim@cavanagh-ohara.com

F:\files\ECIPT\Airport\responsetomotiontostrike.wpd