E-FILED
Friday, 12 August, 2005 09:12:21 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WEFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUNDS and STEAMFITTERS LOCAL NO. 353,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT PLUMBING AND HEATING, INC.,<br><br>Defendant. | Cause No: 04-1059 |

## DEFENDANT'S AMENDED DISCLOSURES UNDER RULE 26(a)(1)

Defendant Airport Plumbing and Heating, Inc. ("Airport Plumbing"), through their attorneys, makes the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

**A.   Individuals likely to have discoverable information**

1.   Phyllis Kawolsky, Secretary, 5225 South Lafayette Road, Bartonville, Illinois 61607-9545, (309) 697-6128.  Ms. Kawolsky has knowledge of the operations of Defendant, including knowledge of its employee and labor relations.

2.   Robert Kawolsky, President, 5225 South Lafayette Road, Bartonville, Illinois 61607-9545, (309) 697-6128.  Mr. Kawolsky has knowledge of the operations of defendant, including knowledge of its employee and labor relations.



      3.      Steven K. Kawolsky, Vice President, 5225 South Lafayette Road, Bartonville, Illinois 61607-9545, (309) 697-6128. Mr. Kawolsky has knowledge of the operations of defendant, including knowledge of its employee and labor relations.

      4.      Donald Theinert, employee, 4501 W. Farmington Rd., Peoria, IL 61604, (309) 674-7019. Mr. Theinert has knowledge regarding the terms and conditions of his employment, the types of work performed for Defendant, and of the refusal of the union to accept him as a member.

      5.      Jim Flynn, union business representative, address and telephone number not known. Defendant believes Mr. Flynn has knowledge of the refusal of the union to accept Mr. Theinert as a member.

      6.      Any other persons identified by Plaintiffs in their disclosures or in their responses to Defendant's First Set of Interrogatories Directed to Plaintiffs and to Plaintiff's First Request for Production of Documents Directed to Plaintiffs. Plaintiff has the names, addresses, and telephone numbers of these persons and has knowledge of the substance of the information known by these persons.

**B.**    **Documents**

      1.      1998-2003 collective bargaining agreement between Mid-Illini Mechanical Contractors Association and Plumbers Local 63.

      2.      All exhibits to the Complaint filed by Plaintiffs in this matter.

      3.      All documents produced by Plaintiffs in response to Defendant's First Request for Production of Documents Directed to Plaintiffs.

      4.      All records reviewed for the purported "audit" at issue.

5. Plaintiffs' Answers to Defendant's First Request for Admissions.

6. Plaintiff's Response to Defendant's First Set of Interrogatories.

7. Plaintiff's Response to Defendants First Request for Production.

8. Plaintiff's First Supplemental Response to Defendant's First Request for Production.

C. **Computation of Damages**

Not applicable.

D. **Insurance**

None.

                Respectfully submitted,

                BOBROFF, HESSE,
                LINDMARK & MARTONE, P.C.

BY: _____
     Andrew J. Martone, #06203524
     Vanessa K.R. Keith, of counsel
     Richard P. Perkins, of counsel
     7730 Forsyth Boulevard, Suite 200
     St. Louis, MO 63105
     (314) 862-0300
     Fax: (314) 862-7010

     Attorneys for Defendant Airport Plumbing
     and Heating, Inc

## CERTIFICATE OF SERVICE

An true copy of the foregoing document was mailed via U.S. mail, postage prepaid, this _16th_ day of May, 2005, to:

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705

*Attorneys for Plaintiffs*

4