1:04-cv-01059-JAG  # 17   Page 1 of 1
1:04-cv-01059-JAG  # 18-3   Page 1 of 1

E-FILED
Friday, 05 August, 2005 04:18:31 PM
Clerk, U.S. District Court, ILCD
Friday, 12 August, 2005 09:12:44 AM
Clerk, U.S. District Court, ILCD



Illinois Department of
**PUBLIC HEALTH**

Rod R. Blagojevich, Governor
Eric E. Whitaker, M.D., M.P.H., Director

525-535 West Jefferson Street • Springfield, Illinois 62761-0001 • www.idph.state.il.us

## LICENSE VERIFICATION

August 4, 2005

RE: Donald Lee Theinert
    058-091612

To Whom It May Concern:

This is to certify that I am an agent of the Illinois Department of Public Health, Office of Health Protection, Plumbing Section. I am co-keeper of the plumbing records for the State of Illinois and that a standard search of the available records of this Office verifies the following:

| | |
|---|---|
| THIS IS TO VERIFY THAT | Donald Lee Theinert |
| WAS ISSUED A LICENSE AS A | Plumber |
| LICENSE NUMBER | 058-091612 |
| DATE FIRST ISSUE | 05/11/1976 |
| STATUS OF LICENSE | Renewed on 02/14/2005           /Active |
| LICENSE EXPIRES | 4/30/2006 |
| QUALIFICATIONS TO AQUIRE PLUMBING LICENSE IN STATE OF ILLINOIS | 4 years of Licensed Apprenticeship & Pass the Exam successfully. (State of Illinois has only Apprentice Plumbers & Plumbers. NO Masters or Journeyman.) |

If additional information is needed, please contact this office at (217) 524-0791 or write to the address on this letter.

*[signature]*

J. Ted Buecker
Plumbing Program Manager

*Improving public health, one community at a time*

printed on recycled paper



EXHIBIT 2