E-FILED
Friday, 12 August, 2005  09:13:30 AM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS      )
                       ) ss
COUNTY OF PEORIA       )

## AFFIDAVIT

MICHELLE SHADID, being duly sworn, on oath states as follows:

1. That I am employed at Romolo & Associates, Certified Public Accountants.

2. That I am directly involved with the random selection of signatory employers for payroll compliance audits for the Trustees of the East Central Illinois Pipe Trades Health and Welfare Fund.

3. That employers are randomly selected annually in the normal course of business for the East Central Illinois Pipe Trades Health and Welfare Fund.

4. East Central Illinois Pipe Trades Health and Welfare Fund randomly selected Airport Plumbing and Heating, Inc. for audit.

Further, Affiant sayeth not.

_____
MICHELLE SHADID

Subscribed and Sworn to before me this __10__ day of August , 2005

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Teresa A. Davis
Notary Public, State of Illinois
My Commission Exp. 05/04/2009

F:\files\ECIPT\Airport\Shadidaffidavit.wpd



EXHIBIT 4