E-FILED
Monday, 15 August, 2005  03:06:24 PM
Clerk, U.S. District Court, ILCD

# LABOR - MANAGEMENT AGREEMENT

## May 1, 1998 through April 30, 2003

### Mid-Illini Mechanical Contractors Association

### and

### Plumbers Local 63

### Contract Language


EXHIBIT 1

# TABLE OF CONTENTS

I. Recognition ................................................... 1
II. Union Security ............................................... 2
III. Hiring and Referral .......................................... 3
IV. Management Rights ........................................ 7
V. Union Representation and Access of Jobs ........ 8
VI. Grievance Procedure ..................................... 9
VII. Unemployment Compensation and
     Workmen's Compensation Coverage ............. 12
VIII. Wage Scale
     Effective May 1, 1998 .................................... 13
     Effective August 1, 1999 ............................... 14
     Effective May 1, 2000 ................................... 15
     Effective May 1, 2001 ................................... 16
     Effective May 1, 2002 ................................... 17
IX. Reporting to Work ......................................... 18
X. Working Hours and Overtime ......................... 19
XI. Pay Day and Hold Back ................................. 23
XII. Travel and Travel Expense ............................ 24
XIII. Vacations ..................................................... 27
XIV. Supervision .................................................. 27
XV. Work Rules ................................................... 28
XVI. Drug/Alcohol Policy and Safety ..................... 30
XVII. Scope of Work ............................................ 34
XVIII. Tools and Equipment ................................. 40
XIX. Fabrication .................................................. 40
XX. Pipe Hangers and Pipe Supports .................. 41
XXI. Subcontracting ........................................... 41
XXII. Trust Agreements ...................................... 42
XXIII. Industry Trust Fund .................................. 51
XXIV. Check Off ................................................. 52
XXV. Severability and Invalidity ........................... 54
XXVI. Date of Agreement and Amendments ...... 54
     Addendum A - Map ................................ Center
     Addendum B - List of Signatory Contractors ... 57

THIS AGREEMENT is made on the first (1st) day of May 1998 through the thirtieth (30th) day of April 2003 by and between the Mid-Illini Mechanical Contractors Association - formerly known as the Tri-county Association of Plumbing and Mechanical Contractors - of Peoria, Illinois (known as the Association) for and on behalf of all Employers, and Plumbers Local No. 63 (known as the Union), for and on behalf of all Employees. The Union is affiliated with the A.F.L.-C.I.O. and the United Association of Journeymen and Apprentices of the Plumbing Industry of the United States and Canada.

The word "Employer" means any signatory contractor or entity agreeing to be bound to all terms and provisions of this Agreement. This basic Agreement is entered into under the principle that the Employer and the Union have a common and sympathetic interest in the plumbing industry. A working system and harmonious respect is necessary for a positive relationship between the Employer, Union and public. Industry progress demands mutual confidence between the Contractor and Union. All benefit from continuous peace and by addressing any differences with rational, common sense methods.

Now, therefore, in consideration of the mutual promises and agreements herein contained, the parties hereto agree as follows:

## ARTICLE I
## RECOGNITION

**(A)** The Association and/or Contractor recognizes the Plumbers Local No. 63 as the sole and exclusive collective bargaining agent with respect to wages, hours and other conditions of employment, for all journeyman plumbers, metal tradesmen and apprentice plumbers.

**(B)** By execution of this Agreement, the Employer authorizes the Mid-Illini Mechanical Contractors Association (MIMCA) to act as the collective bargaining representative for all matters relating to this Agreement. The Union agrees that all Employers will hereinafter be a member of the multi-employer bargaining

- 1 -

unit represented by the Association unless this authorization is withdrawn by certified written notice to the Association and the Union not more than one hundred and fifty (150) days and not less than one hundred and twenty (120) days prior to the current expiration date of this Agreement. (See Addendum B.)

(C) During the terms of this Agreement, the Union agrees that if it grants to any other Employer doing work covered by this Agreement, any better terms or conditions shall be made available to each bargaining unit Employer. The Union must immediately notify the Association of any concessions and all changes.

(D) The Association and Unions must provide notification regarding their intent to jointly or separately bargain by certified written notice not more than one hundred and fifty (150) days and not less than one hundred and twenty (120) days prior to the current expiration date of this Agreement.

## ARTICLE II
## UNION SECURITY

All present employees of the Association and/or Contractor and all employees hired after the execution date of this Agreement, within the coverage of Article I, shall acquire membership in Local 63 and designate it as the sole and exclusive bargaining agent for the group in which they are employed:

   (1) on the eighth (8th) day following the beginning of such employment, or the execution date of this Agreement, whichever is later, and

   (2) shall maintain such membership in good standing during the term of this Agreement as a condition of employment, provided:

   (3) employment is in the territory described in Article III, Section 3(b).

# ARTICLE III
# HIRING AND REFERRAL

## SECTION 1

**(A)** Plumbers Local 63 shall maintain a list of Journeymen, Apprentices, and Metal Tradesmen available for employment. Such list shall be available at all times for inspection by any party signatory to this Agreement.

**(B)** The Contractor shall request Local 63 to refer applicants as are required and shall not solicit applicants directly and shall not in any manner circumvent the Union for the recruitment of applicants for employment.

**(C)** The Contractor reserves and shall have the right to accept or reject, to employ or not to employ for lawful reason, any person furnished by the hiring facility <u>upon arrival at the designated job site or shop</u>.

**(D)** The Contractor shall within twenty-four (24) hours notify the applicable Local 63 of the termination of any employee and at the time of termination and shall give the employee written verification of termination. Terminations include but are not limited to discharge, lay offs and voluntary quits.

## SECTION 2 CLASSIFICATIONS FOR OUT OF WORK ROSTER

**(A)** The Union shall refer to the Contractor, such applicants as are competent to fulfill the requirements of the position sought to be filled, first from Class I, then from Class II, and then from Class III, commensurate with rotation of registrants and who have acquired experience and possess the requisite skills for fulfillment of the vacant positions as specified by the Contractor except that:

    1. Requests by Contractors for particular applicants in Class I as key men to act as general foremen, area foreman, foremen, or leadmen, shall be honored without regard to the requested man's place on the out-of-work roster; and/or

- 3 -