E-FILED
Monday, 15 August, 2005 03:07:40 PM
Clerk, U.S. District Court, ILCD

2. Requests by Contractors for particular applicants in Class I employed by the Contractor for a minimum of three (3) consecutive weeks and who have been laid off or terminated by the Contractor within one hundred eighty (180) days previous to the request, shall be dispatched to the Contractor without regard to the requested person's place on the out-of-work roster.

3. Requests by Contractors signatory to this Agreement for employment of applicants of Local 63 shall be honored as follows:

(a) Contractors may select one employee of his/their choice for employment from the existing current list of available applicants for referral without regard to the requested person's place on the out-of-work roster.

(b) When the Contractor has a need for more than one employee after that first choice of one person, the request for additional employees shall be honored in accordance with the list of employees maintained by Locals 63 in proper rotation. (First applicant on the list is the applicant referred until the Contractor has ten (10) new employees during a contract year.)

Should the Contractor desire to hire more than ten (10) employees, the eleventh (11th) employee shall be the Contractor's choice from the out-of-work roster. Addi tional employees, when requested, shall be referred in the above sequence of order.

(B) Class I, Class II, and Class III, shall be defined as follows:

1. **CLASS I** - All plumbers and metal tradesmen who have had a minimum of four (4) years actual practical working experience as a journeyman or apprentice in the building and construction industry, who are residents of the geographical area constituting the normal construction labor market, have, if applicant is for the position of plumber, a current State of Illinois Journeyman Plumber License, and who <u>either</u>:

(a) Have successfully served an apprenticeship at the trade, either under an apprenticeship program approved by the United States Bureau of Apprenticeship and Training, or by the Illinois State Department of Vocation Training, or

(b) Have successfully passed any competency examination that adequately tested the degree of skill and training necessary to be a competent journeyman plumber, steamfitter, or metal tradesman. Any question as to what constitutes a "Competency" examination shall be resolved by the Joint Apprenticeship and Training Committee.

Provided further that any plumber or metal tradesman who is not a resident of the geographic area constituting the normal construction labor market but who meets all other requirements of Class I, may be included in Class I if said individual has been employed four (4) of the last six (6) years by employers signatory to the collective bargaining agreement between the parties to this Agreement.

**2. CLASS II** - The requirements for Class II plumber, steamfitter, and metal tradesmen applicants are identical with the requirements for Class I plumber, steamfitter and metal tradesmen applicants, except that such Class II applicants have not met the requirements on residency, in that they are not residents of the geographical area constituting the normal construction labor market, nor have they been employed for four (4) of the last six (6) years by employers signatory to the collective bargaining agreement between the parties to this Agreement.

**3. CLASS III** - All other plumber, steamfitter, and metal tradesmen applicants not meeting the requirements set forth above for Class I and Class II.

**4. APPRENTICES** - Plumber apprentices shall be referred in accordance with ratios and conditions provided in Article XXII, Section 8(b). (Plumber Metal Trades Apprenticeship Program).

## SECTION 3  DEFINITIONS

**(A) RESIDENT** Defined as a person who has maintained their permanent home in the area defined herein as the geographical area constituting the normal construction labor market for a period of not less than one (1) year, or who, having had a permanent home in this area, has temporarily left with the intention of returning to this area as their permanent home.

**(B) NORMAL CONSTRUCTION LABOR MARKET** Defined to mean the territorial jurisdiction of the Local Union party hereto, granted to them under their charter and by awards and resolutions of the International Union.

## SECTION 4  NON-DISCRIMINATION

**(A)** The Union will not discriminate, either in the maintenance of their list or in their referrals for employment, against any person because of their membership or non-membership in the Union. The registration of and selection of applicants for referral shall not be based on or in any way be affected by membership in the Union, or any other union, or by the by-laws, rules and regulations, constitutional provisions or any aspect or obligation or membership in the Union, the United Association, or any other union.

**(B)** All parties recognize and acknowledge necessary compliance requirements as required by all federal, state and local legislation, rules and regulations applicable to employment and will not discriminate regarding all matters covered by this Agreement.

## SECTION 5  POSTING

The provisions of this Agreement relating to hiring and referral shall be posted by the Contractor at the Contractor's premises in the place where notices to employees and applicants for employment are customarily posted and shall be posted by the Union at each hiring facility where notices to applicants for referral are customarily posted.

# ARTICLE IV
# MANAGEMENT RIGHTS

### SECTION 1

The employer retains full and exclusive authority for the management of its operations. The employer shall direct his working forces at his sole perogative, including, but not limited to, hiring, promotion, overtime assignments, layoff or discharge.

### SECTION 2

There shall be no limit on production by employees nor restrictions on the full use of tools or equipment, Employees shall use such tools as required to perform any of the work of the trade.

### SECTION 3

No rules, customs or practices shall be permitted or observed which limit or restrict production, or limit or restrict the working effort of employees. The Employer shall determine the most efficient method or techniques of construction, tools or other labor-saving devices to be used. However, safety of the employees on the job site shall be of prime concern to the Employer. There shall be no limitations upon the choice of materials or design. (Except as per Article XV, Section 1) The Employer shall schedule work and shall determine when overtime will be worked.

### SECTION 4

The Employer shall determine the recording devices, checking systems, brassing or other methods of keeping time records.

# ARTICLE V
# UNION REPRESENTATION AND ACCESS OF JOBS

## SECTION 1

Authorized representatives of the Union shall have access to jobs where employees covered by this Agreement are employed, providing they do not unnecessarily interfere with the employees or cause them to neglect their work, and further provided such Union Representative complies with the customer rules. When requested, a Contractor will make every effort to cooperate in aiding Union Representatives to gain entrance to jobs where company security poses a problem.

## SECTION 2

**(A)** The parties agree that the Local 63 may appoint stewards with reference to shop or job should they desire to do so. When stewards are appointed, the Contractor shall be notified in writing. A steward shall be a working journeyman appointed by the Business Representative of the Local Union who shall, in addition to his work as a journeyman, be permitted to perform during working hours such of his Union duties as cannot be performed at other times which consists of those duties assigned to him by the Business Representative. The Union agrees that such duties shall be performed as expeditiously as possible and the Employer agrees to allow the steward a reasonable amount of time for the performance of such duties. On job sites where a Contractor employs more than ten (10) plumbers, employees will be introduced to the job steward within a reasonable and convenient length of time.

**(B)** The steward shall not be transferred from one project to another without consent of the Business Manager. The Business Manager will be given a 24 hour notice before the Steward is discharged or laid off. Should the Steward fail to provide leadership and maintain harmonious relations among the Employees and the Contractor, the Union shall designate a new Steward at their discretion.

- 8 -