# ARTICLE VI
# GRIEVANCE PROCEDURE

## SECTION 1 DEFINITION

A grievance shall be defined as any difference or dispute between the Association and/or Contractor and Local 63 or employees as to the meaning or application of the Agreement or as any matter involving wages, hours, working conditions and other terms and conditions of employment.

## SECTION 2

The procedure for the presentation of grievances shall be as follows:

### STEP 1

**(A)** A grievance by an employee must be brought to the attention of the Union Steward or the Business Representative, if there is no Union Steward, within two (2) working days of when the employee learns of the grievance.

**(B)** The Union Steward shall be permitted a reasonable amount of time on the job to investigate the matter and to telephone the Business Representative.

**(C)** The Union Steward shall discuss the grievance with the Contractor's Representative on the job and attempt to resolve the grievance. The Contractor's Representative shall respond to the first step grievance no later than two (2) working days.

### STEP 2

**(A)** If the grievance is not settled at Step 1, the aggrieved employee and/or Union Steward must notify the Business Representative within two (2) working days after receipt of the Contractor's first step answer.

**(B)** The Business Representative and Contractor shall meet and discuss the grievance within ten (10) working days of the Step 1 meeting. The Contractor must give its response to the Step 2 meeting within two (2) working days.

## STEP 3

**(A)** If the Business Representative and Contractor are unable to settle the grievance at Step 2, the grievance and answer thereto must be reduced to writing by both the Union and the Contractor respectively.

**(B)** Written copies of the grievance and answer thereto must be submitted within two (2) working days of receipt of the Step 2 answer to the Union, Contractor and Labor - Management Committee.

**(C)** The Labor - Management Committee shall consist of two (2) representatives from the applicable Local Union and two (2) representatives from the Association.

**(D)** Submission of written copies of the grievance and answer to the Executive of the Association shall constitute notification to the Labor - Management Committee.

**(E)** The Labor - Management Committee shall meet no later than seven (7) working days after receipt of the written grievance for the purpose of conducting a hearing on the grievance. A representative of Local 63 and a representative of the affected Contractor shall present all information and evidence relevant to the grievance at this hearing.

**(F)** The Labor - Management Committee shall notify the applicable Local Union and affected Contractor no later than three (3) days after the hearing of its decision on the grievance.

**(G)** A three-fourths (3/4) majority decision of the Labor - Management Committee shall decide any grievance submitted to it and shall be final and binding on all parties.

**(H)** If Local 63 and the Contractor agree, Step 3 of the grievance procedure may be waived and the grievance may be presented immediately to Arbitration.

## STEP 4

**(A)** In the event that the Labor - Management Committee is unable to reach a three-fourths (3/4) majority decision on a grievance pending before it, the grievance may be presented to

[right column, partially cut off:]

Arbitration.
notification
Labor - Ma

**(B)** An impa
the parties.

**(C)** If the pa
Arbitrator w
is given, the
and Concili
which the (
Arbitrator b
only one na
name rema
and determ

**(D)** The Arb
presented
subtract fro
Bargaining

**(E)** The dec
all parties.

### SECTION 3

**(A)** It is agr
grievance a
party has f
Manageme

**(B)** With reg
pursuant to
IRC where
Article XXVI
event of the
or with the a
(30) days ca
to the disput
on forty-eigh

Arbitration. The party desiring Arbitration must serve written notification within ten (10) working days after notification of the Labor - Management Committee decision.

**(B)** An impartial Arbitrator shall be selected with agreement of the parties.

**(C)** If the parties cannot agree on the selection of an impartial Arbitrator within five (5) working days of the notice of Arbitration is given, they shall immediately request the Federal Mediation and Conciliation Service to submit a list of five (5) persons from which the Contractor and Local 63 shall select the impartial Arbitrator by alternately eliminating one name from the list until only one name shall remain thereon. The individual whose name remains on the list shall be the impartial Arbitrator to hear and determine the deadlocked dispute.

**(D)** The Arbitrator shall have authority to decide any grievance presented to Arbitration. The Arbitrator shall not add to, subtract from or in any way alter the language of this Collective Bargaining Agreement.

**(E)** The decision of the Arbitrator shall be final and binding on all parties.

### SECTION 3   NO STRIKE—NO LOCKOUT—CANCELLATION

**(A)** It is agreed that there shall be no strike or lockout until the grievance arbitration machinery has been exhausted and either party has failed to comply with the decision of the Labor - Management Committee or the decision of the Arbitrator.

**(B)** With regard to all grievances which are decided or arbitrated pursuant to Article VI and with regard to disputes submitted to the IRC where disputes are accepted for resolution, as provided in Article XXVI, Section 3 either party to this Agreement may, in the event of the failure of the other party to comply with the decision or with the arbitration award issued pursuant hereto, within thirty (30) days cancel this Agreement insofar as it relates to the party to the dispute who has failed to comply with the decision or award on forty-eight (48) hours' written notice to that party.

# ARTICLE VII
# UNEMPLOYMENT COMPENSATION AND WORKMEN'S COMPENSATION COVERAGE

## SECTION 1

Each Contractor signatory to this Agreement shall voluntarily pay into the Unemployment Compensation Division, State of Illinois, such amount of money as is required of such Contractor to guarantee all plumber and employees coverage under the Unemployment Compensation Act. The Contractor further agrees to voluntarily cover all plumber employees under the Worker's Compensation statute of the State of Illinois.

## SECTION 2

No bargaining unit employee shall be disciplined by reason of exercise of his statutory rights with respect to filing a Worker's Compensation Claim under the Illinois Industrial Commission Act.

## SECTION 3

The Contractor shall furnish the Local 63 office upon request with (a) their Illinois Unemployment Compensation number and (b) a copy of the Certificate of Insurance for Illinois Worker's Compensation Coverage.

## SECTION 4

The Union will not assign workmen to or recognize any Contractor on work to be performed within the geographical area constituting the Normal Construction Labor Market who fails to comply with the provisions of Section 1 and/or Section 2 of this Article.

# ARTICLE VIII
## WAGE SCALE - A - (Effective May 1, 1998)

**SECTION 1 — JOURNEYMEN**

|  | Journeyman | Apprentice |
|---|---|---|
| Wages per hour (base) | $23.88 | percentage |

Deductions, after taxes, per hour

|  | Journeyman | Apprentice |
|---|---|---|
| Political Education Fund | .03 | .03 |
| Pipe Trades District Council #34 | .14 | .14 |
| West Central Illinois Building Trades | .08 | .08 |
| Dues Checkoff | 3% of Plumbers Hourly Rate | |
| Dues Checkoff ... Apprentices | 3% of current hourly rate | |

In addition, the Employer shall contribute the following amounts per hour to:

|  | Journeyman | Apprentice |
|---|---|---|
| The Annuity Fund | $1.00* | $1.00* |
| The Local Pension Fund | 3.50 | -0- |
| The Health and Welfare Fund | 2.85 | 2.85 |
| The National Pension Fund | .60 | .60 |
| The Local Educational Fund - $.55 and Provisional Trust Bldg. Fund - $.05 | .60 | .60 |
| The Industry Trust Fund | .09 | .09 |
| TRICON | .04 | .04 |
| **Total Package (Journeyman wage & benefits)** | **$32.56** | |

* From May 1, 1998 until fund implementation, this $1.00 per hour will be paid on wages

**SECTION 2 — APPRENTICES** - Ending April 30, 1999

| | | | |
|---|---|---|---|
| First 6 months | 40% | of Journeyman rate | $9.55 |
| Second 6 months | 45% | of Journeyman rate | 10.75 |
| Third 6 months | 50% | of Journeyman rate | 11.94 |
| Fourth 6 months | 55% | of Journeyman rate | 13.13 |
| Fifth 6 months | 60% | of Journeyman rate | 14.33 |
| Sixth 6 months | 65% | of Journeyman rate | 15.52 |
| Seventh 6 months | 70% | of Journeyman rate | 16.72 |
| Eighth 6 months | 80% | of Journeyman rate | 19.10 |
| Ninth 6 months | 85% | of Journeyman rate | 20.30 |
| Tenth 6 months | 90% | of Journeyman rate | 21.49 |

**SECTION 3 — SUPERVISION** - Ending April 30, 1999

| | |
|---|---|
| Leadman | Journeyman rate plus 8% |
| Foreman | Journeyman rate plus 9% |
| Area Foreman | Journeyman rate plus 11% |
| General Foreman | Journeyman rate plus 14% |