E-FILED
Monday, 15 August, 2005 03:09:27 PM
Clerk, U.S. District Court, ILCD

# ARTICLE VIII

## WAGE SCALE - B (Effective August 1, 1999)

### SECTION 1 — JOURNEYMEN

| | Journeyman | Apprentice |
|---|---|---|
| Wages per hour (base) | $24.48 | percentage |
| Deductions, after taxes, per hour | | |
| Political Education Fund | .03 | .03 |
| Pipe Trades District Council #34 | .14 | .14 |
| West Central Illinois Building Trades | .08 | .08 |
| Dues Checkoff | 3% of Plumbers Hourly Rate | |
| Dues Checkoff | Apprentices - 3% of current hourly rate | |
| In addition, the Employer shall contribute the following amounts per hour to: | | |
| The Annuity Fund | $1.25 | $1.25 |
| The Local Pension Fund | 3.50 | 3.70 |
| The Health and Welfare Fund | 2.90 | 2.90 |
| The National Pension Fund | .80 | .80 |
| The Local Educational Fund - $.55 and Provisional Trust Bldg. Fund - $.05 | .60 | .60 |
| The Industry Trust Fund | .09 | .09 |
| TRICON | .04 | .04 |
| **Total Package (Journeyman wage & benefits)** | | **$33.86** |

### SECTION 2 — APPRENTICES - Ending April 30, 1999

| Period | Percentage | Rate |
|---|---|---|
| First 6 months | 40% of Journeyman rate | $ 9.55 |
| Second 6 months | 45% of Journeyman rate | 10.75 |
| Third 6 months | 50% of Journeyman rate | 11.94 |
| Fourth 6 months | 55% of Journeyman rate | 13.13 |
| Fifth 6 months | 60% of Journeyman rate | 14.33 |
| Sixth 6 months | 65% of Journeyman rate | 15.52 |
| Seventh 6 months | 70% of Journeyman rate | 16.72 |
| Eighth 6 months | 80% of Journeyman rate | 19.10 |
| Ninth 6 months | 85% of Journeyman rate | 20.30 |
| Tenth 6 months | 90% of Journeyman rate | 21.49 |

### SECTION 3 — SUPERVISION - Ending April 30, 1999

| Position | Rate |
|---|---|
| Leadman | Journeyman rate plus 8% |
| Foreman | Journeyman rate plus 9% |
| Area Foreman | Journeyman rate plus 11% |
| General Foreman | Journeyman rate plus 14% |

99)

pprentice
rcentage

....... .03
....... .14
....... .08
urly Rate
urly rate
er hour to:
$1.25
3.70
2.90
.80

.60
.09
.04
**$33.86**

99
$ 9.55
10.75
11.94
13.13
14.33
15.52
16.72
19.10
20.30
21.49

9
lus 8%
lus 9%
us 11%
us 14%

# ARTICLE VIII
## WAGE SCALE - C
### (Effective May 1, 2000)
### TOTAL PACKAGE = $35.16

# ARTICLE VIII
## WAGE SCALE - C
### (Effective May 1, 2001)
### TOTAL PACKAGE = 36.46

# ARTICLE VIII
## WAGE SCALE - C
**(Effective May 1, 2002)**

**TOTAL PACKAGE = $37.81**

## ARTICLE VIII CONTINUED...

### SECTION 4 KEY EMPLOYEES

**(A)** It is the intent of this Section that the fringe benefit contributions made on behalf of a key employee, whether working within the territorial jurisdiction of another Local Union, shall only be paid to the fringe benefit trust funds of the home Local Union of such employee.

**(B)** It is further the intent of this Section that such key employee shall receive the higher of the total economic package, either of his home Local Union, or that of the Local Union into which he travels for and on behalf of his employer.

## ARTICLE IX
## REPORTING TO WORK

### SECTION 1

When a full day's work is not provided, a minimum of:

**(A)** Two (2) hours pay will be paid to any employee who:

> **(1)** reports to work at the regular starting time, and for whom no work is available, unless he was notified before leaving home not to report.
>
> **(2)** reports for work at the regular starting time, and for whom no work or less than two (2) hours work is available because of weather conditions.

**(B)** Four (4) hours pay will be paid to any employee who starts to work but for whom work for four (4) hours or less is provided for reasons other than weather conditions.

**(C)** Actual hours worked will be paid to any employee who works over four (4) hours but whom less than eight (8) hours work is provided, for reasons beyond the contractor's control.

**(D)** Actual hours worked will be paid to any employee who works over two (2) hours but for whom less than eight (8) hours work is provided because of weather conditions.



**(E)** Employe
availability of

**(F)** Employe
during the pe
released by t

**(G)** The prov
conditions ma
or when stop
employee lea

**(H)** When the
overtime day

**SECTION 2**

When the Co
to avoid the
emergency si
an employee
actual time w

**WO**

**SECTION 1**

Eight (8) cons
8:00 a.m. and
Contractor an
(40) hours bet
shall constitut
wage rate. W
day and when
p.m., the Con
of one (1) hou
Contractor sh
while the work
wages shall b