E-FILED
Monday, 15 August, 2005 03:10:30 PM
Clerk, U.S. District Court, ILCD

**(E)** Employers shall have the sole responsibility to determine availability of work due to weather conditions.

**(F)** Employees will remain at the job site, available for work, during the period of time for which they receive pay unless released by the Employer.

**(G)** The provisions of this Article will not apply when strike conditions make it impossible for an employee to start to work, or when stoppage of work is caused by a strike, or when an employee leaves work of his own accord.

**(H)** When the conditions set forth in this Article occur on an overtime day, or on shift work, the premium rate shall be paid.

### SECTION 2  EMERGENCY SAFETY SAFEGUARD

When the Contractor considers it necessary to shut down a job to avoid the possible loss of human life or because of an emergency situation that could endanger the life and safety of an employee, employees will be compensated only for the actual time worked.

# ARTICLE X
# WORKING HOURS AND OVERTIME

### SECTION 1

Eight (8) consecutive hours exclusive of lunch period, between 8:00 a.m. and 4:30 p.m. (except by mutual consent between the Contractor and Local 63) shall constitute a day's work. Forty (40) hours between Monday 8:00 a.m. through Friday 4:30 p.m. shall constitute a week's work at the regular straight time hourly wage rate. Where work is to continue beyond the regular work day and where such work cannot be completed prior to 7:00 p.m., the Contractor shall either allow an unpaid dinner period of one (1) hour duration between 7:00 p.m. and 8:00 p.m. or the Contractor shall provide food at the job site to be consumed while the work continues, and, an additional one-half (1/2) hour wages shall be paid at the applicable overtime rate for the

dinner period not taken. If work is to begin before 8:00 a.m. and work to continue beyond an eleven (11) hour work day, the same provisions shall apply to a dinner period. This provision shall not apply when working a scheduled twelve (12) hour shift.

## SECTION 2

Except for Sundays and the holidays provided for in this Agreement, all time worked in excess of eight (8) consecutive hours per day, including the time worked during lunch period, and all time worked in excess of forty (40) hours per week, and all time worked on Saturdays and all time worked before 8:00 a.m. and after 4:30 p.m. (except where mutual consent between the Contractor and the Union provide otherwise) shall be at the overtime rate of time and one half. All hours worked on Sundays and the holidays provided for in this Agreement shall be paid for at the rate of double time. Exclusive of supervisory employees, overtime shall be equalized insofar as practical, providing such equalization does not require a Contractor to use employees who do not possess the skills required to perform the work.

## SECTION 3

**(A)** Employees reporting for work, within the jurisdiction as described in Article III Section 3 shall report ready for work at 8:00 a.m. at the job or at the shop as designated by the Contractor. Employees shall not leave the job until 4:30 p.m. unless instructed to report back to the shop, in which case they shall return to the shop by 4:30 p.m. Employees shall be allowed sufficient time to put away tools and equipment and be ready to leave the job or shop by 4:30 p.m., except where mutual consent between the Contractor and the Union provide otherwise.

**(B)** In order to take advantage of day-light hours, weather conditions, shift or traffic conditions, the Employer, if agreeable among the crafts involved, may elect to work eight (8) consecutive hours between the hours of 6:00 a.m. and 4:30 p.m. with a onehalf (1/2) hour unpaid lunch period between the fourth and fifth hour after starting time. Notice of a change in starting time

- 20 -

must be given forty-eight (48) hours in advance and all employees of the Employer on the job site shall have the same starting time except when other arrangements are mutually agreed to between the Employer and the Business Manager.

## SECTION 4

By mutual agreement between the Employer and the Business Manager, the Employer may work four (4) ten (10) hour days Monday through Friday, with overtime being paid after ten (10) hours in a day and forty (40) hours in a week at time and one half. Saturday, Sunday and holidays under this clause will be paid at the double time rate.

## SECTION 5  SHIFT WORK

**(A)** When so elected by the contractor multiple shifts of at least three (3) consecutive days duration may be worked. When two (2) or three (3) shifts are worked; the first shift (day shift) shall be worked between the hours of 8:00 a.m. and 4:30 p.m. Workmen on the "day shift" shall receive eight (8) hours pay at the regular rate for eight (8) hours work.

**(B)** The Night Shift is eight (8) consecutive hours worked between 4:30 p.m. and 1:00 a.m. Night Shift workers receive eight (8) hours pay for eight (8) hours worked at the regular hourly rate plus one dollar ($1.00) per hour.

**(C)** The Graveyard Shift is eight (8) consecutive hours worked between 12:30 a.m. and 8:30 a.m. Graveyard Shift employees receive: eight (8) hours pay for eight (8) hours worked at the regualr hourly wage rate plus two dollars ($2.00) per hour; a paid thirty (30) minute lunch period; and eight (8) hours paid benefits.

**(D)** A lunch period of thirty (30) minutes shall be allowed in each shift.

**(E)** The shift clause shall apply on a regular work week only (8:00 a.m. Monday through 8:00 a.m. Saturday). All other work performed on Saturday, Sunday or holiday and all hours worked other than the regular shift hours shall be paid according to the Craft Agreement.

**(F)** There shall be no pyramiding of shift and overtime rates and double the straight time rate shall be the maximum compensation for any hour worked.

**(G)** If other hours and conditions are to be observed with respect to shift work, it shall be with the mutual consent of the Contractor involved and the Union Business Manager.

**(H)** Special Shift — By prior notification by the Employer to the Business Manager, if a special shift is required by an owner and if the Employer is required to perform work which cannot be performed during working hours, employees may work a special shift and shall receive eight (8) hours at the regular rate plus three dollars ($3.00) per hour for eight (8) hours worked, plus a thirty (30) minute unpaid lunch after the fourth hour. No employee may work on a special shift if he has performed bargaining unit work that day during the regular working hours. The Employer's request for this special shift must include the starting date, the approximate number of men involved and the estimated conclusion date. Other terms and conditions may be agreed to between the Business Manager and the Employer.

### SECTION 6  BASIC HOLIDAYS

The following holidays will be celebrated according to National Law governing same: New Year's Day, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, Friday following Thanksgiving Day and Christmas Day. Veterans Day is to be celebrated the day after Thanksgiving Day. No work will be performed on Labor Day under any consideration, except in extreme emergency.

P...

### SECTION 1

The regular pa...
payday is a hol...
is designated a...

### SECTION 2

Wages shall be...
in cash or other...
earlier than the...
payment of wag...
Employer, show...
of each deducti...

### SECTION 3

If there is no wo...
at the job site no...
customary plac...
and Contractor...
with reasonable...

### SECTION 4

The Employee s...
by delivery on t...
office that same...

If that laid off...
payments shall...
wage rate Mon...
times the regula...
rate of pay on S...

When an employ...
worked up to tim...
at jobsite at time...
mail, then paym...
everyday that pa...
employee is due...

# ARTICLE XI
# PAYDAYS AND HOLD BACK

## SECTION 1

The regular pay day shall be once a week on Friday. When payday is a holiday, then the last work day before the holiday is designated as payday.

## SECTION 2

Wages shall be payable before quitting time and are to be paid in cash or other legal tender. The weekly payroll shall end no earlier than the third day prior to payday. Accompanying such payment of wages shall be a separate statement identifying the Employer, showing the total earnings, the amount and purpose of each deduction, number of hours and net earnings.

## SECTION 3

If there is no work on payday, the pay checks shall be available at the job site not later than one (1) hour from starting time at the customary place. By mutual agreement, the Business Manager and Contractor may alter payday or holdback on any job site with reasonable cause.

## SECTION 4

The Employee shall receive payment through the time of lay off by delivery on the next standard work day or at the Employer's office that same day.

If that laid off employee is made to wait beyond that time, payments shall be made up to eight (8) hours daily at the regular wage rate Monday through Friday, one and one-half (1-1/2) times the regular rate on Saturday, and two (2) times the regular rate of pay on Sunday or holidays.

When an employee is fired, wages shall be paid in full for all hours worked up to time of termination. Wages shall be made in person at jobsite at time of termination or by mail. If payment is made by mail, then payment shall be postmarked date of termination. For everyday that payment postmark exceeds termination date, fired employee is due one full additional day's pay.