# ARTICLE XII
# TRAVEL AND TRAVEL EXPENSE

## SECTION 1

On a day in which after having first reporting to a job or shop as requested by the Employer where such Employee is on that same day then directed to proceed to another job site or to return to the shop, as the case may be, such subsequent travel shall be paid at the rate designated by the IRS.

Travel expenses for jobs located over thirty-five (35) miles from the Peoria County Court House will be negotiated between the Contractor and the Business Manager on a job by job basis.

## SECTION 2 VEHICLES

No bargaining unit employee referred from Local No. 63 shall drive the Contractor vehicle at any time other than during working hours except while driving to and from work. The employee shall not be allowed to furnish any vehicle to his Employer under rental, lease or any other conditions except on an emergency basis. During such emergency the maximum length of rental shall be no more than five (5) consecutive days. The terms of rental are subject to mutual consent between Contractor, the employee and the Union.

SECTION 3 JUR

The jurisdiction
listed by County

Alta
Bartonville
Bellevue
Brimfield
Chillicothe
Cramer
Dunlap
Edelstein
Eden
Edwards
Elmore
Elmwood

Bradford
Castleton
Duncan
Elmira

Allentown
Armington
Bishop
Cooper
Crescent
Creve Coeur
Danvers
Deer Creek
Delavan
Dillon

Bay View Garden
Benson
Cazenovia
Crugar

## SECTION 3 JURISDICTION OF PLUMBERS LOCAL 63

The jurisdiction of Plumbers Local Union No. 63 is as follows, listed by County and then town, city or village:

### Peoria County

| | | |
|---|---|---|
| Alta | Glasford | Oak Hill |
| Bartonville | Hanna City | Orchard Mines |
| Bellevue | Kickapoo | Peoria |
| Brimfield | Kingston Mines | Peoria Heights |
| Chillicothe | Lancaster | Princeville |
| Cramer | Lawnridge | Rome |
| Dunlap | Laura | Smithville |
| Edelstein | Mapleton | Southport |
| Eden | Monica | Trivoli |
| Edwards | Mossville | Tuscarora |
| Elmore | North Hampton | |
| Elmwood | Norwood | |

### Stark County

| | | |
|---|---|---|
| Bradford | Lafayette | Stark |
| Castleton | Modena | Toulon |
| Duncan | Osceola | West Jersey |
| Elmira | Speer | Wyoming |

### Tazewell County

| | | |
|---|---|---|
| Allentown | East Peoria | Pekin |
| Armington | Green Valley | Pekin (North) |
| Bishop | Groveland | Pekin (South) |
| Cooper | Hopedale | Powertown |
| Crescent | Lilly | Spring Lake Area |
| Creve Coeur | Mackinaw | Sunnyland |
| Danvers | Marquette Heights | Tremont |
| Deer Creek | Midway | Union |
| Delavan | Minier | Washington |
| Dillon | Morton | Winkel |

### Woodford County (Portion)

| | | |
|---|---|---|
| Bay View Gardens | Eureka | Roanoke |
| Benson | Germantown | Secor |
| Cazenovia | Germantown Hills | Spring Bay |
| Crugar | Lowpoint | Washburn |
| | Metamora | |

### Fulton County

| | | |
|---|---|---|
| Astoria | Ellisville | Marietta |
| Avon | Enion | Middlegrove |
| Banner | Fairview | Monterey |
| Blyton | Farmington | Norris |
| Breeds | Gilchrist | Rapatee |
| Brereton | Ipava | St. David |
| Bryant | Leesburg | Sepo |
| Bernadotte | Lewistown | Seville |
| Canton | Little America | Smithfield |
| Checkrow | Liverpool | Summum |
| Cuba | London Mills | Table Grove |
| Duncan Mills | Maple Mills | Vermont |
| Dunfermline | Marbleton | |

### Marshall County (Portion)

| | | |
|---|---|---|
| Camp Grove | LaRose | Sparland |
| Lacon (S. side Rt. 17) | Pattonsburg | Toluca |
| LaPrairie Center | | Wilbern |

### Mason County (Portion)

| | | | |
|---|---|---|---|
| Bishop | Forest City | Manito | Topeka |

### McDonough County

| | | |
|---|---|---|
| Adair | Colmar | Prairie City |
| Bardolph | Fandon | Sciota |
| Blandinsville | Good Hope | Scottsburg |
| Bushnell | Industry | Tennessee |
| Colchester | Macomb | Walnut Grove |
| | New Philadelphia | |

### Hancock County (Portion)

| | | |
|---|---|---|
| Augusta | Carthage | LaHarpe |
| Bentley | Denver | Plymouth |
| Bowen | Fountain Green | St. Mary |
| Burnside | LaCrosse | Webster |

### Schuyler County (Portion)

| | | |
|---|---|---|
| Bader | Browning | Huntsville |
| Birmingham | Doddsville | Littleton |
| Bluff City | Frederick | Ray |
| Brooklyn | | Sheldon Grovel |

Each bargaining
vacation period
ployee. In the i
work relationsh
schedules shall

### SECTION 1

The Contractor
of foremen, to
work with their
advisable. This
inadequate amo
be responsible
ment of the work
keep records an
and shall have t
equipment and
continuous work

### SECTION 2 PL

**(A)** A plumber
projects when th

**(B)** A foreman v
there are eight
required when a

### SECTION 3

**(A)** When a Co
plumbing work to

# ARTICLE XIII
# VACATIONS

Each bargaining unit employee shall be granted a two (2) week vacation period each contract year, if so desired by the employee. In the interest of maintaining proper contractual and work relationships, consultation as to anticipated vacation schedules shall be made with the Contractor.

# ARTICLE XIV
# SUPERVISION

## SECTION 1

The Contractor has the right to determine the need and number of foremen, to name the foremen, and to require foremen to work with their tools when, in the Contractor's opinion, this is advisable. This does not mean that the Contractor will have an inadequate amount of supervision on the job. A foreman shall be responsible for the competency and efficient accomplishment of the work assigned to him and his crew. A foreman shall keep records and prepare all reports required by his Employer and shall have the responsibility for the preparation of material, equipment and tool lists required to maintain the efficient and continuous work accomplishment of his crew.

## SECTION 2 PLUMBERS

**(A)** A plumber leadman shall be designated on all jobs or projects when there are four to seven plumbers working.

**(B)** A foreman will be designated on all jobs or projects when there are eight or more plumbers working. No leadman is required when a foremnan is assigned to a job or project.

## SECTION 3

**(A)** When a Contractor or his representative has assigned plumbing work to be performed, to any Foreman, Area Foreman,

- 27 -

General Foreman or Leadman required by this Contract, and the above such supervisory person has direct control over Plumbers/Metal Tradesmen and Apprentices, it shall be required that such supervisory person shall be a State of Illinois Licensed Journeyman/Plumber Article III, Section 2 (a) Class 1 and shall immediately become affiliated with Plumbers Local Union No. 63.

**(B)** All General Foremen, Area Foremen, Foremen and Leadmen shall act as the agents of the Contractor in all matters authorized by the Contractor, including hiring, rejection, or discharge, and shall perform such duties in the best interests of the Contractor.

**(C)** All General Foremen, Area Foreman, Foremen and Leadmen can do minor material handling.

**(D)** All General Foremen, Area Foreman, Foremen and Leadmen shall not act contrary to or in violation of the terms and conditions of any collective bargaining agreement entered into by the Local Union or the United Association, neither shall he act contrary to his obligations of union membership.

**(E)** Only one (1) member of a contracting firm shall issue instructions directly to the designated plumber/metal tradesman General Foreman or Foreman.

**(F)** All orders, directions and instructions shall be issued to journeymen and apprentice plumber/metal tradesmen and/or journeymen through an orderly chain of organization; and it shall be the obligation of the respective bargaining unit employees to carry out such orders, directions and instructions of their immediate supervisor.

## ARTICLE XV
## WORK RULES

### SECTION 1

All plumbing work inside the jurisdiction of the Plumbers Local 63 shall be done according to the City Ordinance of the City of

Peoria as a heal[t]
ments of a code
council exceeds t
City of Peoria, th[e]
respect to the loc[al]

### SECTION 2

On large jobs, a
assembly of all
lunch periods an[d]
employees are pr[...]
job at the close o[f]
during the cold a[nd]

### SECTION 3

No bargaining uni[t]
reason of his refu[sal]

### SECTION 4

There shall be n[o]
appliances used
coming under the
pipe cutting and th[e]
shop and an emp[loyee]
power pipe mach[ine]
employee.

### SECTION 5

There shall be r[...]
employee shall p[...]

### SECTION 6

United Associatio[n]
within the territor[y]
United Associatio[n]
Agent of the Loca[l]

- 28 -