Peoria as a health measure, provided that when the requirements of a code in any area throughout the jurisdiction of the council exceeds the requirements of the City Ordinance of the City of Peoria, then in that event the greater requirement with respect to the locality in which it applies, shall be adhered to.

## SECTION 2

On large jobs, a building or space shall be provided for the assembly of all employees covered by this contract during lunch periods and before and after working hours when such employees are preparing for work or are preparing to leave the job at the close of the day. Heating facilities shall be provided during the cold and inclement weather.

## SECTION 3

No bargaining unit employees shall be disciplined in any way by reason of his refusal to cross a lawfully established picket line.

## SECTION 4

There shall be no restriction on the use of machinery, tools, or appliances used in connection with the installation of work coming under the jurisdiction of the Union, provided, that if power pipe cutting and threading machines are used on the job or in the shop and an employee is permanently assigned to operate said power pipe machine, such employee shall be a bargaining unit employee.

## SECTION 5

There shall be no limitation as to the amount of work an employee shall perform in a working day.

## SECTION 6

United Association (U.A.) employees of the Contractor working within the territorial jurisdiction of other Local Unions of the United Association shall be required to report to the Business Agent of the Local having such territorial jurisdiction and they

shall secure a travel card from their home Local Union prior to leaving their home Local Union's jurisdiction.

## SECTION 7

The Employer will report weekly on all work secured during the previous week, and will report job locations to the Union office on all new work, residential work and jobs requiring over forty (40) man hours.

## SECTION 8

No member of a contracting firm shall work with the tools of the trade in the units covered by this Agreement on new or remodeling work, unless a journeyman member of Local 63 is employed on the job at all times. Any exception to this Section shall be subject to mutual consent between the Contractor involved and the Union.

## SECTION 9

Journeymen with special skills shall perform any work within the coverage of this Agreement.

# ARTICLE XVI
# DRUG/ALCOHOL POLICY
# AND SAFETY

## SECTION 1 DRUG AND ALCOHOL POLICY

Employees are the Contractor's most valuable resource and, for that reason, the health and safety of all employees is of paramount concern. Therefore, recognizing the importance of maintaining a safe, healthy working environment for all employees, Employers propose a policy that directly parallels the Federal Highway Administration's Drug Rule: Contractors would develop and maintain drug testing programs for their employees. Also included in testing would be contractor supervisory personnel. Testing may be done

prior to employment, periodically, upon reasonable suspicion and after a reportable accident. Standards for laboratories selected to perform testing would be the same as FHWA (i.e., National Institute on Drug Abuse certified). Supervision would be required to be trained on the detection of individuals under the influence of drugs (both legal and illegal) and alcohol. Possession, sale or use of alcohol or non-prescription drugs on the Employer's property, site of construction, or during working hours regardless of location, shall be terminated from employment, regardless of the type of employee involved. Employees must not report for work under the influence of any drug, intoxicant or narcotic.

Employees working under this Agreement will be required to submit to any all testing as required by the project owner or any federal or state mandated agency at the expense of the Employer. Employees refusing to consent to such testing shall be deemed to have voluntarily quit their employment for all purposes under this agreement and shall give rise to a rebuttable presumption that the employee was, in fact, under the influence or have utilized alcohol or controlled substances.

Employees taking prescription medication which, according to their physician, may have physical or mental side effects which could cause impairment on the job site, should report the medication to site supervision. Said medication must be contained in the original prescription container. Employees who report the use of lawfully prescribed medication shall not be disciplined for use of same, but may be subject to possible reassignment to less hazardous operations or, in the case of an employee deemed to be impaired as to their mental and/or motor functions, may be placed on temporary medical leave. The employer reserves the right to have its physician determine if a prescription drug produces hazardous effects or to restrict the quantity the employee is allowed to bring to the workplace.

In the case of an employee reasonably suspected to be under the influence of alcohol, a positive test, done by breathalyzer, will be reflected by a blood alcohol content equal to, or greater than, the current Illinois State Motor Vehicle regulations.

Within three days of notification of a positive test result, an employee may request that the laboratory retest the original split sample at his or her own expense. If the test result is negative, the Employer shall reimburse the employee for the cost of the retest. In the case an employee shall be determined, under reasonable suspicion of properly trained supervision, to be under the influence of drugs and/or alcohol, the employee will submit to testing without compensation for time spent away from the job while being tested. In the event the initial test indicates a negative result, the employee shall be reinstated and paid any wages and benefits that would have been paid had his work hours not been interrupted by the test. The Union shall be notified when any of its members are requested to submit to drug and/or alcohol testing.

Any employee who feels that he or she has developed an addiction or dependence on alcohol or drugs is encouraged to seek assistance before it deteriorates into a disciplinary matter. Requests for assistance will be handled in the strictest confidence within the Company and the Union. The Company will act in concurrence with the Union Health and Welfare Plan to help any employee who voluntarily notifies a Supervisor that he or she may have a substance abuse problem, in obtaining suitable treatment. A negative test within thirty (30) days will make the employee eligible for immediate reinstatement, provided that the employer has work available and the employee continues the required chemical dependency treatment program. It is understood that the goal is not being one of replacing an employee who voluntarily sought help and continues to seek help after initial treatment.

This provision of this policy, requiring all employees to present themselves at work in a sober, reliable state, free of the influence of alcohol and drugs, shall apply to all other individuals entering company property including, but not limited to, part time personnel, temporary personnel, vendors, contract personnel, subcontractor personnel, consultants and any employees of contractors working on the job site or company property.

## SECTION 2 SA

(A) The Contrac
CWH-SSA (Con
Safety and Hea
State Safety ar
standards and
procedures of t

(B) Protective e
dards of the Fec
shall be worn an
standards as a c
Employer.

(C) Work shoes
conform to appli
employee.

(D) the Union wi
safety rules and

(E) It is recogni
formed by both
accidents and e
ment. The wor
orderly state, so

(F) It is importar
it is also recog
financial hardsh
of his or her fam

(G) It is becaus
management pl
hazard-free wor
initial and contir
ment of emerg
cooperation of t

(H) Failure on tl
rules establish
dismissal.

## SECTION 2 SAFETY

**(A)** The Contractors agree to be bound by the provisions of the CWH-SSA (Construction Safety Act) and OSHA (Occupational Safety and Health Act), and all other applicable, Federal and State Safety and Health Regulations, including regulations, standards and provisions adopted in accordance with the procedures of the Acts.

**(B)** Protective equipment as required by the applicable standards of the Federal and State Safety and Health regulations shall be worn and used by employees in accordance with those standards as a condition of employment, when furnished by the Employer.

**(C)** Work shoes and prescription safety glasses, required to conform to applicable safety standards, will be furnished by the employee.

**(D)** the Union will cooperate with Contractors to enforce job site safety rules and regulations.

**(E)** It is recognized that there are important roles to be performed by both management and labor in the prevention of accidents and ensuring a safe and healthy working environment. The work site should be maintained in a clean and orderly state, so as to encourage efficient and safe operations.

**(F)** It is important to succeed in this cooperative effort because it is also recognized that failure can mean emotional and financial hardship for the employee and a threat to the security of his or her family.

**(G)** It is because of these mutual benefits that labor and management pledge to do all that is possible to maintain a safe, hazard-free working environment for all on the job, including initial and continuous training, regular inspections, establishment of emergency procedures and the commitment and cooperation of the parties to this agreement.

**(H)** Failure on the part of the employee to comply with safety rules established by the Employer may be grounds for dismissal.