(I) SAFETY TRAINING — Both journeymen and apprentice safety training classes shall be considered as part of the industry training objectives, beneficial to both the employer and employee, and such courses shall include training with respect to general requirements of the safety laws and regulations as well as discussions of the standards imposed by the State and Federal Safety Acts.

# ARTICLE XVII
# SCOPE OF WORK

## SECTION 1

It is agreed that this Agreement shall cover all journeymen and apprentice plumbers employed by a Contractor signatory to this Agreement engaged in the installation of all plumbing systems and component parts thereof, including fabrication, assembly, erection, installation, dismantling, remodeling, repairing, reconditioning, adjusting, altering, servicing and handling, unloading, distributing, reloading, tying on, and hoisting of all piping material, appurtenances and equipment, by any method including all hangers and supports of every description and all other work included in the trade jurisdictional claims of the Union.

The following is also included in the Scope of Work under this Agreement:

The unloading, handling, and installation of all filtration materials, minerals, chemicals and ingredients as are usually installed in water softeners and water treatment plants and systems.

The field testing of all welds and welders, including nondestructive testing, including NDT Examiner positions, and the performance of all welding required to install plumbing systems, shall be assigned to bargaining unit employees.

All kitchen, laundry and laboratory equipment having plumbing connections.

Bargaining unit employees shall unload, handle and place, and reload cribbing used in the installation of plumbing and piping systems. This does not apply to excavation or backfill work.

The operation and total set up of transit or leveling instruments, including laser and the shooting of elevations and grades, whenever required in the installation of plumbing systems and equipment subject to engineering and advisory assistance when required.

The erection and dismantling of all scaffolding and staging required to install plumbing systems.

The setting up and dismantling of derricks, gin pokes and A-frames as are required by the trade; including the setting up, adding to, removing and taking down of booms or sections, whenever necessary in the performance of work of the trade.

The installation of all pumps, compressors, condensing units, completed tanks, vessels, heat exchangers, condensers and evaporators.

The piping of all well casings and screens, setting of well points and dewatering systems, pumps and allied equipment.

The driving and operation of pickup trucks, vans, and utility vehicles for the transport of bargaining unit employees, their tools, materials, and equipment.

On construction projects and for off-site emergency purposes, the driving and operation of shop vehicles for the transport and movement of bargaining unit employees and their tools.

The operation of pumps, air compressors and welding machines in conjunction with the work of the trade as a time and labor saving device, shall be operated by employees covered by this Agreement.

The testing and balancing of all plumbing systems of component parts thereof shall be done by employees covered by this Agreement.

The operation of telescoping lifts, hydrolifts, spider hoists, electric hoists, mobile platforms, fork lifts, scissor hoists, coffing hoists, power pipe machines, handpower units, power drives, etc..., operated for the purpose of raising men, tools or materials, as required in the plumbing industry.

On jobs where a crib is set up to dispense tools and/or materials used to perform any work which is to be done by bargaining unit employees, an employee covered by this Agreement will be assigned to do crib work.

The Contractor will notify the Local 63 office if the Contractor has rough in or rough in and finish. The Contractor agrees to abide by the United Association/Sheet Metal Agreement pertaining to kitchen equipment.

Contractors engaged in plumbing work shall abide by the State of Illinois Plumbing Code. Such work shall be performed by Local #63 bargaining unit employees.

Bath fixtures - Marbleized tops - the unloading, handling and installation of all marbleized or fiberglass plumbing fixtures, such as showers, tubs, sinks, lavatories and one piece combination tops containing the plumbing fixture.

The installation of water mains and services whether public or private. The tapping of such water mains and the installation and connecting of water services from the mains.

The installation of all single sanitary sewers and lift station piping as per UA/Laborer Agreement.

All subsoil surface drainage piping within the confines of any building or foundation thereof.

The installation, repair and maintenance of toilet accessories.

The installation, repair and maintenance of acid waste piping.

The installation, repair and maintenance of industrial waste water connected to a sanitary sewer.

The installa[tion of] water.

The installa[tion of] systems conne[cted to] appurtenance.

The installa[tion of] piping systems.

The installa[tion of] electronically co[ntrolled]

The installa[tion of] treatment plan[ts]

The installa[tion of] ment plants.

The installa[tion of] chine Interface

The installa[tion of] Control and Da[ta]

The installa[tion of] Digital Control.

An employe[e ... as a] diver when the [...] the United Asso[ciation]

Only on Nuc[lear facili]ties, any bargain[ing unit ... may] act as QA/QC ([...] shall receive ni[...] journeyman wa[ge]

Only on Nuc[lear facili]ties, any bargain[ing ...] operate comput[ers ...] procedures or m[...] the trade shall [...] regular journeym[an]

- 36 -

The installation, repair and maintenance of nonpotable water.

The installation, repair and maintenance of gas piping systems connecting to any plumbing fixture and/or plumbing appurtenance.

The installation, repair and maintenance of medical gas piping systems.

The installation, repair and maintenance of low voltage electronically controlled fixtures.

The installation, repair and maintenance of water treatment plants.

The installation, repair and maintenance of sewer treatment plants.

The installation, repair and maintenance of Human Machine Interface Systems.

The installation, repair and maintenance of Supervisory Control and Data Acquisition Systems.

The installation, repair and maintenance of DDC Direct Digital Control.

An employee covered by this Agreement will work with a diver when the diver is performing work within the jurisdiction of the United Association.

Only on Nuclear Generating Facilities or Fossil Fuel Facilities, any bargaining unit employee assigned by his employer to act as QA/QC (Quality Assurance/Quality Control) personnel shall receive nine percent (9%) per hour above the regular journeyman wage rate.

Only on Nuclear Generating Facilities or Fossil Fuel Facilities, any bargaining unit employee assigned by his employer to operate computers when required to perform job planning or procedures or material location in conjunction with the work of the trade shall receive nine percent (9%) per hour above the regular journeyman wage rate.

When performed on the job site, the set up equipment required to machine J-bevel on heavy wall piping for the purpose of field welding necessary for high pressure steam lines or other process piping systems shall be assigned to employees covered by this agreement.

## SECTION 2

The Contractor agrees to make every effort to obtain in his job contracts all work in the construction industry to be performed at the site of the construction as stated in Section 1, of the Article XVII, and shall assign such work to employees employed under the terms of this Agreement.

Local 63 must be notified if the Employer receives a project that does not include all the areas of work as defined in Article XVII Section 1.

The Contractor agrees to attempt to include in his job contracts the start-up maintenance, and operation of boilers, air conditioning, refrigeration, and steam or hot water temporary heating systems operating during construction. The above shall also include oil, gas and LP gas heaters and/or combination heating-cooling equipment.

If this work is assigned to him, the Contractor will utilize employees covered by this Agreement as required. Should it be necessary to assign men to this duty outside of regular working hours, the pay rate shall be at one and one-half (1-1/2) times the applicable rate, unless shift work is mutually agreed to by and between the parties.

## SECTION 3

(A) Either party to this Agreement may request a pre-job conference.

(B) The Contractor agrees to furnish available plans, specifications, equipment lists, shop drawings, preliminary sketches, information and data with reference to the job or project for which such conference is called.

- 38 -