E-FILED
Monday, 15 August, 2005 03:15:24 PM
Clerk, U.S. District Court, ILCD

(C) The Union shall provide the Contractor with copies of all decisions, agreements and procedures cited as a basis for work assignments.

(D) Such conference, when requested, shall be conducted prior to the start of construction, at the place and convenience of the Contractor with the understanding that at least five (5) days notice is desirable.

(E) It is not the intent of the Union to exclude other trade crafts from participation in such pre-job conferences.

## SECTION 4

In so doing, the Contractor agrees further that the assignment of work shall be and the settlement of jurisdictional claims with other building trades organizations shall be adjusted; in accordance with the procedure established by the National Joint Board Plan for Settlement of Jurisdictional Disputes in the Building and Construction Industry, or, any successor agency of the Building Trades Department, or, by agreement between International Unions.

It is a violation of the Procedural Rules of the Plan for a contractor to hold up disputed work or shut down a project on account of a jurisdictional dispute. The Union agrees that there shall be no strikes or work stoppages by the Union arising out of any jurisdictional dispute.

## SECTION 5

Settlements made in accordance with Section 4 and 6 of this Article XVII, shall be final and binding on all parties to this Agreement.

## SECTION 6

Upon request of the Association or of a Contractor to this Agreement, the Union agrees to participate in pre-bid conferences. However, such participation by the Union in pre-bid conferences, called to provide a uniform standard of bidding

with respect to all work as specified in Section 1, shall not be construed to prejudice the Union's right to request a pre-job conference under the provisions of Section 3.

# ARTICLE XVIII
# TOOLS AND EQUIPMENT

Employees covered by this Agreement shall furnish their own work gloves and rule. The Contractors agree to furnish all other tools and equipment necessary to make a complete installation in the plumbing and pipefitting industry. Welding gloves shall be furnished by the Contractor and also sleeves for welders when necessary. All Contractors shall provide suitable storage for tools and equipment. In case of high construction work, suitable tool storage boxes shall be provided on every fourth (4th) floor. It is agreed, however, that journeymen or apprentices may keep hand tools in their possession until the conclusion of the job. All journeymen and apprentices shall use every possible precaution to safeguard the tools and equipment of the Contractor. The employee shall account for all tools, issued properties, and materials belonging to the Contractor and in the employee's possession upon termination of employment. The Contractor agrees to replace clothing ruined by any abnormal working condition such as acid and/or caustic damage.

# ARTICLE XIX
# FABRICATION

Employers will have the option to fabricate in the shop or on the job site to secure fabrication work for Employees covered by this Agreement.

Under this Agreement, Employees performing pipe fabricating work receive the same terms and conditions of employment when working either in the shop or on the job site.

### PIPE H[...]

All pipe support[...]
only, which can [...]
not covered by [...]
feasibly and rea[...]
ees at the job sit[...]
pipe supports w[...]
unattached. The[...]
whether fabrica[...]
shipped to the [...]
contract.

All pipe support[...]
sions for fabrica[...]

All catalog item[...]
chased from an[...]
of such items sh[...]

No Contractor s[...]
contractual agr[...]
tracting of plum[...]
site of the cons[...]
repair of a build[...]
person, unless [...]
current collecti[...]
Local 63.

No Contractor [...]
plumbing shop [...]
formed by emp[...]
requirements o[...]
agreement of th[...]

# ARTICLE XX
# PIPE HANGERS AND PIPE SUPPORTS

All pipe supports and pipe hangers made of structural shapes only, which can be fabricated from drawings or specifications, are not covered by this Agreement except when such work can feasibly and reasonably be performed by bargaining unit employees at the job site or in the Contractor's shop. Pipe hangers and pipe supports which are contracted out shall be shipped to the job unattached. The erection of all pipe hangers and pipe supports, whether fabricated at the job site or in the Contractor's shop or shipped to the job site, shall be covered by the terms of this contract.

All pipe supports and pipe hangers which required field dimensions for fabrication are covered by this Agreement.

All catalog items, such as clamps, U-bolts, etc., may be purchased from any source at the option of the Employer. Erection of such items shall be covered by the terms of this Agreement.

# ARTICLE XXI
# SUBCONTRACTING

No Contractor signatory to this Agreement shall enter into any contractual agreement or agreements providing for subcontracting of plumbing and/or steamfitting work to be done at the site of the construction or alteration, remodeling, painting or repair of a building with any other Employer, subcontractor or person, unless such Employer, subcontractor or person has a current collective bargaining agreement with the Plumbers Local 63.

No Contractor signatory to this Agreement shall subcontract plumbing shop work that has been heretofore done and performed by employees employed in the bargaining unit. The requirements of this paragraph may be waived by mutual agreement of the Contractor and the Union.

- 41 -

# ARTICLE XXII
# TRUST AGREEMENTS

## SECTION 1

**(A)** The parties reaffirm the establishment and their continued participation in the following trusts:
1. Plumbers & Steamfitters National Pension Fund:
2. Plumbers & Steamfitters Joint Pension Trust;
3. East Central Illinois Pipe Trade Health & Welfare Trust Fund;
4. Plumber's Political Education Committee Fund;
5. Plumbers Educational Trust; and
6. Mid-Illini Mechanical Contractors Association Industry Fund Trust.
7. Plumber's Annuity Fund

**(B)** The parties agree that the Declaration of Trusts, reflecting agreements reached by the parties shall be considered a part of this basic agreement and may be drafted or amended in conformity with the provisions of the basic agreement.

**(C)** In the event the parties shall refer the drafting or amending of Declarations of Trust to the attorneys representing the respective parties, such attorneys' fees shall be paid from Trust Funds for which such drafts or amendments are made.

**(D)** The Employer shall make the payment required by all Trusts referred to in Article XXII no later than ten (10) days following the end of each calendar month. The payments to the Funds shall be made payable to such person or persons as the board of Trustees shall direct and shall be forwarded to the office designated by the Board together with a statement on forms adopted and furnished by the Board supporting the amount of the payments. The Employer shall furnish all information required to fully complete these forms. The Employer shall also send Local 63 a copy of the aforementioned forms.

**SECTION 2 DEFINI**[...]

**(A)** "Employer" mea[...]
poration, business or[...]
to make contribution[...]
to the Basic Agree[...]
agreement that requ[...]

**(B)** "Employee" me[...]
Employer covered b[...]
a local agreement re[...]
to the Fund on his be[...]
ees of the Union and[...]
and the Association[...]
the Fund.

## SECTION 3 WAGE

**(A)** Each and every [...]
individually furnish a[...]
shall insure payment[...]
contributions to the[...]
Apprenticeship, Indu[...]
contract.

Number of Employe[...]
1 - 10 .....................
11 - 20 ...................
Each additional 10 .

The Union may waiv[...]
ployer who has perfo[...]
ment and who has re[...]
required by this Agr[...]
months without defa[...]
dishonoring any che[...]
employer. However,[...]
wage bond requirem[...]
delinquent remitting [...]
required by the term[...]
months shall furnish [...]

## SECTION 2 DEFINITION

**(A)** "Employer" means a sole proprietorship, partnership, corporation, business organization or other entity which is required to make contributions to the Fund by reason of being a signatory to the Basic Agreement or any other collective bargaining agreement that requires such contributions.

**(B)** "Employee" means anyone in the employment of an Employer covered by the provisions of the Basic Agreement or a local agreement requiring his Employer to make contributions to the Fund on his behalf. This shall also include paid Employees of the Union and individuals jointly employed by the Union and the Association if contributions are required to be made to the Fund.

## SECTION 3 WAGE BOND

**(A)** Each and every Employer covered by this Agreement shall individually furnish a bond in the amount listed below. The bond shall insure payment of wages called for by the contract and all contributions to the Health and Welfare, Pension, Savings, Apprenticeship, Industrial or other Funds established under the contract.

| Number of Employees | Amount of Bond |
| --- | --- |
| 1 - 10 | $20,000 |
| 11 - 20 | $40,000 |
| Each additional 10 | + $20,000 |

The Union may waive wage bond requirements for any employer who has performed work under the terms of this Agreement and who has remitted all fringe benefits and paid all wages required by this Agreement for twenty-four (24) consecutive months without default and without bank or financial institution dishonoring any check or draft presented as payment by such employer. However, in the event that any Employer for whom wage bond requirements have been waived should become delinquent remitting any fringe benefits or paying any wages as required by the terms of this contract for two (2) consecutive months shall furnish the Union a wage bond, as per table, until