E-FILED
Monday, 15 August, 2005  03:17:38 PM
Clerk, U.S. District Court, ILCD

tion of Trust Agreement are herein incorporated by reference. The proceeds of said Trust Fund shall be used to defray the costs of operating and administering the Plumbers' Trade School and its training program and training activities including the purchase of equipment and supplies to be used in its program, upon application of the Plumbers' Joint Apprenticeship Committee to the Trustees of the Fund.

**PLUMBER/METAL TRADES APPRENTICESHIP PROGRAM**

**(B)** The employment and training of apprentice plumbers shall be governed as follows:

(1) One (1) apprentice may be employed on a job where one or more journeymen are steadily employed and one additional apprentice may be employed on any job where there are in excess of five (5) journeymen steadily employed. The ratio of apprentices shall be determined by the Plumbers Joint Apprenticeship Committee.

(2) The term apprenticeship, while learning, shall comply with the training standards set forth by the United Association Constitution and Bylaws, and all apprentices shall be governed by the Apprenticeship committee.

(3) A committee consisting of three (3) Plumbing Contractors and three (3) journeymen members of the Union, shall constitute the Plumbers' Joint Apprenticeship Committee. Contractor members of the Plumbers' Joint Apprenticeship Committee shall be Contractors employing apprentices under this Agreement.

(4) The Contractor agrees to hire said plumber apprentice or apprentices for the duration of his apprenticeship training, unless just cause for lay-off is determined by the Joint Apprenticeship Committee, in accordance with the procedure as follows:

(a) The Contractor shall notify the Business Manager of Plumbers' Local No. 63 five (5) days prior to an anticipated lay-off;

(b) If the Contractor and the Business Manager cannot agree that lay-off is for just cause, the Contractor and apprentice in question shall appear before the Plumbers' Joint Apprenticeship and Training Committee who will determine whether or not lay-off is for just cause.

(5) The Joint Apprenticeship Trade School for Plumbers shall be administered by the Plumbers' Joint Apprenticeship Committee.

### (C) PLUMBER/METAL TRADES TRAINEE PROGRAM

The employment and training of Plumber/Metal trades trainees shall be governed as follows:

(1) By the standards for Plumber trainees developed and adopted jointly by the Tri-County Association of Plumbing and Mechanical Contractors, in cooperation with the Bureau of Apprenticeship and Training. U.S. Department of Labor, dated November 3, 1945, Registry No. 81292, Revised June 28, 1978 No. 07010.

(2) The ratio of Plumber/Metal Trades trainees to journeymen Plumber/Metal trades, but excluding applicants designated as Journeyman Plumber Candidates, shall be and is herewith established at one (1) to twenty (20) journeymen employed. If the number of Plumber/Metal Trades trainees should at any time exceed the established ratio, no additional Plumber/Metal Trades trainees will be accepted for training until the number of trainees again falls below the stated ratio.

(3) One (1) Plumber/Metal Trades trainee may be employed in a shop or on a job where one or more journeymen Plumber/Metal trades are steadily employed and additional trainees may be employed in shops or on jobs for each additional twenty (20) journeymen steadily employed. Adjustments may be made to conform with the provisions of subparagraph (2) of this Paragraph (C), Article XXII.

(4) The administration of the Plumber/Metal Trades Trainee Program shall be vested in the Tri-County Association of Plumbing and Mechanical Contractors - Plumbers Local No. 63 Joint Apprenticeship and Training Committee.

(5) Upon selection for training by the Plumbers Joint Apprenticeship and Training Committee such Plumber/Metal Trades Trainees shall be subject to the Hiring and Referral provisions of Article II as a Class III Applicant until completion of the Plumbers Trainee Program.

### (D) JOURNEYMEN TRAINING PROGRAM

A training program for Journeymen Plumbers shall be offered in specific areas where changing technology and related considerations indicate that journeymen training will yield beneficial results. Such offerings for the upgrading of journeymen skills may include partial defrayment of technical-vocational and/or college level tuition costs.

## ARTICLE XXIII
## INDUSTRY TRUST FUND

### SECTION 1

The Mid-Illini Mechanical Contractors Association Industry Fund (formerly the "Pipe Trades Contractor Industry Fund") current Trust Agreement is incorporated in and made part of this Agreement and shall be binding on all signatory Employers employing workers under this Agreement.

### SECTION 2

Effective upon implementation of this Agreement, each signatory Employer will contribute nine cents ($.09) per hour for every hour worked by every Employee of the Employer covered by this Agreement. Industry Fund payments must be made monthly on or before the tenth (10th) day of succeeding month. Delinquent contribution payments are subject to penalties, interest, liquidated

damages, and any other costs incurred during collection in accord with the MIMCA Industry Fund Trust Delinquency Policy.

## SECTION 3

The MIMCA-IFT contribution rate shall not exceed one percent (1%) of the journeyman wage rate. The MIMCA-IFT contribution rate will be determined by Industry Fund Trustees on an annual basis during the term of this Agreement.

## SECTION 4

The administration and operation of the MIMCA Industry Fund, shall be in accordance with the provisions of the Amended and Restated Declaration of Trust of the Mid-Illini Mechanical Contractors Association Industry Fund. Dated 1 December 1997, this document is adopted by reference and made part of this Agreement.

# ARTICLE XXIV
# CHECK OFF

### SECTION 1   PLUMBERS LOCAL #63 DUES CHECK OFF

Upon receipt of an employee's authorization, which shall not be irrevocable for more than one year, the Employer shall deduct from all employees covered by this Agreement, an amount equal to three percent (3%) of the plumber's hourly rate (rounded to the nearest penny) from the "net wages" of each employee for all hours worked and remit such monies to the depository designated and selected by Plumbers Local #63 by the tenth (10th) day of the following month.

### SECTION 2   WEST CENTRAL BUILDING TRADES COUNCIL CHECK OFF

The Employer agrees to deduct, once each week, from the wages of each employee covered by this Agreement, who signs said "check off" authorization and assignment, the sum of eight cents ($.08) per hour currently for each hour worked. This

- 52 -

includes all classes of employees employed under this Agreement, including, but not limited to apprentices, journeymen and supervisors. The amount deducted shall be remitted to the depository designated and selected by Plumbers Local #63 by the tenth (10th) day of the following month.

## SECTION 3 PIPE TRADE DISTRICT COUNCIL #34 CHECK OFF

The Employer agrees to deduct, once each week, from the wages of each employee covered by this Agreement, who signs said "check off" authorization and assignment, the sum of fourteen cents ($.14) per hour for each hour said employee worked during the week. This includes all classes of employees employed under this Agreement, including, but not limited to, apprentices, journeymen and supervisors. The amount deducted shall be remitted to the depository designated and selected by Plumbers Local #63 of Peoria, Illinois and vicinity, by the tenth (10th) day of the following month.

## SECTION 4 TRICON CHECK OFF

All parties to this multicraft Agreement recognizes the value to the community and to the construction industry of a joint labor - management committee serving the construction industry. To this end, all parties to this Agreement agree to participate in, support, and , equally fund the operation of the Tri-County Construction Labor - Management Council (TRICON). TRICON contributions represent a joint and matching contribution on behalf of each employer and each employee of crafts signatory to this Agreement. Contractors will contribute no more than two cents ($.02) per hour during the term of this Agreement.