E-FILED
Monday, 15 August, 2005
Clerk, U.S. District Court, ILCD

# ARTICLE XXV
## SEVERABILITY AND INVALIDITY

### SECTION 1

Duly authorized representatives of Plumber Local #63 and Association and each Contractor shall sign this Agreement. The provisions of this Agreement are binding on all parties except insofar as they might be in conflict with Federal, State and Local laws. This Agreement is the entire and final Agreement between the parties and concludes collective bargaining on any and all bargaining issues for the term thereof, except as otherwise expressly provided in this Agreement.

### SECTION 2

If, during the term of this Agreement, any Federal, State or Municipal law shall be altered so as to effect the validity of any Article or provision of this Agreement, the Union and Association and/or Contractor shall suspend the operation of such Article or provision of this Agreement and shall substitute by mutual consent in its place an Article or provision which shall be valid under law.

# ARTICLE XXVI
## DATE OF AGREEMENT AND AMENDMENTS

### SECTION 1

This Agreement shall become effective May 1, 1998 and remain in full force and effect through April 30, 2003 and shall continue in force from year to year thereafter unless notice is given in writing to the other party at least sixty (60) days prior to the expiration date.

### SECTION 2

**(A)** This Agreement shall be subject to amendment at any time by mutual consent of the parties hereto. Such amendments

- 54 -

shall be reduced amendments, be of this Agreement

**(B)** During the term or amalgamation #353 with other located in territori Unions; or, with e to the provisions if any, shall be red tors Association ( same extent as t

### SECTION 3

**(A)** If a timely wri accordance with and facilities to re working condition Association may pute to the Indus and Pipefitting In have so volunta dispute, the decis Union and the As terms and condit force and effect.

**(B)** The provision submissions by t dispute submitte should such disp if the IRC fails for event, the provisi the parties shall r submission of su

shall be reduced to writing, state the effective date of the amendments, be executed, and shall become as much a part of this Agreement as if originally incorporated herein.

**(B)** During the term of this Agreement in the event of the merger or amalgamation of Plumber Local #63 or Steamfitters Local #353 with other United Association Local Unions which are located in territorial jurisdictions outside that of the Peoria Local Unions; or, with each other; the Contractors agree that subject to the provisions of law, such newly formed merged local union, if any, shall be recognized by the Mid-Illini Mechanical Contractors Association (MIMCA) or any successor organization, to the same extent as the local unions executing this Agreement.

## SECTION 3

**(A)** If a timely written notice has been served by either party in accordance with Section 1 of this Article XXV, and local efforts and facilities to resolve disputes over either wages, hours and working conditions have failed of settlement, the Union and the Association may voluntarily mutually agree to submit the dispute to the Industrial Relations Council (IRC) for the Plumbing and Pipefitting Industry. Where the Union and the Association have so voluntarily agreed and the IRC has accepted the dispute, the decision of the IRC shall be final and binding on the Union and the Association pending the IRC's final decision, all terms and conditions of this Agreement shall continue in full force and effect.

**(B)** The provisions of Article VI, Section 3 are applicable to all submissions by the parties accepted by the IRC. Should any dispute submitted to the IRC not be accepted by the IRC, or should such dispute be returned to the parties unresolved, or, if the IRC fails for any reason to act on such dispute, then in that event, the provisions of Article VI, Section 3 shall not apply and the parties shall revert to the bargaining position held prior to the submission of such dispute.

The parties by their duly authorized agents have executed this Agreement on this 1st day of May, 1998

**MID-ILLINI MECHANICAL CONTRACTORS ASSOCIATION**

_____
(Chairman, Negotiating Committee)

_____
(Executive Director)

**PLUMBERS LOCAL NO. 63**

_____
(President)

_____
(Business Manager)

**CONTRACTOR**

_____

_____

_____
(President)

_____
(Date)

- 56 -

**United Assoc**

**AAA Northwest**
3923 N. Melc
Peoria, IL 6
309-682-8

**Airport Plumbing**
5225 S. Laf
Bartonville, IL
309-697-3

**Arnold & Sons**
**Heating A/C & Ele**
1722 W. Char
Peoria, IL 6
309-691-8

**Associated Mech**
5601 N. M
East Peoria, I
309-694-0

**D.B. Bailey Plumbi**
425 N. M
Morton, IL 6
309-263-0

**Baynard & S**
121 Pop
Creve Coeur,
309-699-9

**Jim Behm & Sor**
5116 W. Farr
Peoria, IL 6
309-674-6

**D.E. Boland Mech**
13707 W. R
Brimfield, IL
309-679-1

**Fred Boland Plumb**
9927 W US Ro
Edwards, IL
309-693-3