E-FILED
Friday, 26 August, 2005 01:26:07 PM
Clerk, U.S. District Court, ILCD

HIGHLIGHTS

# GAAS Guide

*by Larry P. Bailey*

The Miller *GAAS Guide* delivers the latest pronouncements so CPAs and other financial professionals can perform flawless engagements. You won't find a more complete listing of SASs, SSARs, and SSAEs anywhere. We even cover many critical SOPs. But that's just the beginning. We've compiled a complete collection of standards for auditing, quality control, attestations, compilations, reviews, and professional ethics. The book's sensible organization follows the arrangement of the AICPA's Professional Standards (Volume I and II), so that you can easily go from the AICPA's original language to our analyses of the standards.

**2003 Edition**

The 2003 Edition of Miller *GAAS Guide* has been updated throughout with the very latest information on:

- SAS-95—Generally Accepted Auditing Standards (AU Section 150)
- SAS-96—Audit Documentation (AU Sections 312, 329, 339, and 341)
- SSAE-11—Attest Documentation (AT Section 100)
- Auditing Interpretation of SAS-70 (December 2001)—The Use of Legal Interpretations as Evidential Matter to Support Management's Assertion That a Transfer of Financial Assets Has Met the Isolation Criterion in Paragraph 9(a) of Financial Accounting Standards Board Statement No. 140 (AU Section 336)
- Auditing Interpretation of SAS-70 (February 2002)—Responsibilities of Service Organizations and Service Auditors With Respect to Forward-Looking Information in a Service Organization's Description of Controls (AU Section 324)



2003

MILLER

# GAAS GUIDE

A Comprehensive Restatement of Standards for Auditing, Attestation, Compilation, and Review

LARRY P. BAILEY, PH.D., CPA

ASPEN PUBLISHERS
NEW YORK

1:04-cv-01059-JAG # 20-4 Page 3 of 7

## SECTION 150

## GENERALLY ACCEPTED AUDITING STANDARDS

### Authoritative Pronouncements

SAS-95—Generally Accepted Auditing Standards

### Overview

Auditing standards deal with the quality of an audit performed by an independent auditor. The members of the American Institute of Certified Public Accountants (AICPA) have approved and adopted ten generally accepted auditing standards (GAAS), divided into three groups: (1) general standards, (2) standards of fieldwork, and (3) standards of reporting. Under Rule 202 of the Code of Professional Conduct, every member of the AICPA must comply with GAAS.

#### *General standards*

The most important factor in any profession is the people who make up the profession. The personal characteristics of an auditor are described below in a discussion of the three general standards. Desirable traits are difficult to describe in any individual, much less a profession. Therefore, these general standards are quite broad and are open to a considerable degree of reasonable interpretation.

- *General Standard No. 1*—The audit is to be performed by a person or persons having adequate technical training and proficiency as an auditor.
- *General Standard No. 2*—In all matters relating to the assignment, an independence in mental attitude is to be maintained by the auditor or auditors.
- *General Standard No. 3*—Due professional care is to be exercised in the planning and performance of the audit and the preparation of the report.

#### *Standards of fieldwork*

- *Standard of Fieldwork No. 1*—The work is to be adequately planned and assistants, if any, are to be properly supervised.
- *Standard of Fieldwork No. 2*—A sufficient understanding of internal control is to be obtained to plan the audit and to determine the nature, timing, and extent of tests to be performed.

TANDARDS

ıdards

n audit performed by an inde-
ın Institute of Certified Public
›ted ten generally accepted au-
groups: (1) general standards,
of reporting. Under Rule 202
member of the AICPA must

is the people who make up
f an auditor are described be-
ırds. Desirable traits are diffi-
ı profession. Therefore, these
n to a considerable degree of

be performed by a person or
ınd proficiency as an auditor.

ılating to the assignment, an
naintained by the auditor or

care is to be exercised in the
he preparation of the report.

o be adequately planned and
ıed.

ıt understanding of internal
ınd to determine the nature,

- *Standard of Fieldwork No. 3*—Sufficient competent evidential matter is to be obtained through inspection, observation, inquiries, and confirmations to afford a reasonable basis for an opinion regarding the financial statements under audit.

***Standards of reporting***

- *Reporting Standard No. 1*—The report shall state whether the financial statements are presented in accordance with generally accepted accounting principles (GAAP).
- *Reporting Standard No. 2*—The report shall identify those circumstances in which such principles have not been consistently observed in the current period in relation to the preceding period.
- *Reporting Standard No. 3*—Informative disclosures in the financial statements are to be regarded as reasonably adequate unless otherwise stated in the report.
- *Reporting Standard No. 4*—The report shall contain either an expression of opinion regarding the financial statements taken as a whole, or an assertion to the effect that an opinion cannot be expressed. When an overall opinion cannot be expressed, the reasons therefore should be stated. In all cases where an auditor's name is associated with financial statements, the report should contain a clear-cut indication of the character of the auditor's work, if any, and the degree of responsibility the auditor is taking.

***Statements on Auditing Standards***

The AICPA's Auditing Standards Boards issues Statements on Auditing Standards (SASs), and an auditor must be familiar with all SASs to determine which are appropriate for a particular engagement. An auditor must be prepared to justify any departures from guidance provided by SASs.

> **ENGAGEMENT STRATEGY:** Materiality and audit risk provide guidance to the auditor because those account balances or elements of an account balance that are relatively more important to the financial statements should generally get more attention. Additionally, those items that are more susceptible to misstatement would likewise have an effect on the planning of an engagement. For example, cash transactions are generally more susceptible to irregularities than capital transactions, and transactions with a related party are more likely to be misstated (not presented at fair value) than transactions with an external party.

—ASSERTION

Report

ıat [*identify the asser-*
*e of investment returns*
*31, 20X5*] *is presented*
*'d to in Note 1.* XYZ
assertion.

h attestation standards
tified Public Accoun-
an an examination, the
nion on management's
an opinion.

*'hasize certain matters*
*on.*]

ıtion that caused us to
to above is not fairly
*y the criteria—for ex-*
*vestment management*
*'nvestment Managers,*

tion and use of XYZ
*-for example, DEF In-*
) be and should not be
es.

## AT SECTION 201

## AGREED-UPON PROCEDURES ENGAGEMENTS

### Authoritative Pronouncements

SSAE-10—Attestation Standards: Revision and Recodification (Chapter 2)

### Overview

A practitioner should observe the Statements on Standards for Attestation Engagement (SSAE) standards when performing an agreed-upon procedures (AUP) engagement except in the following circumstances:

- Engagements in which an auditor reports on specified compliance requirements based solely on an audit of financial statements, as addressed in paragraphs 19 through 21 of SAS-62 (AU 623) (Special Reports)
- Engagements for which the objective is to report in accordance with SAS-74 (AU 801) (Compliance Auditing Considerations in Audits of Governmental Entities and Recipients of Governmental Financial Assistance), unless the terms of the engagement specify that the engagement be performed pursuant to the SSAEs
- Engagements covered by paragraph 58 of SAS-70 (AU 324) (Service Organizations, as amended), when the service auditor is requested to apply substantive procedures to user transactions or assets at the service organization and he or she makes specific reference in his or her service auditor's report to having carried out designated procedures (However, SSAE standards for agreed-upon procedures apply when the service auditor provides a separate report on the performance of agreed-upon procedures in an attestation engagement.)
- Engagements covered by SAS-72 (AU 634) (Letters for Underwriters and Certain Other Requesting Parties, as amended)
- Engagements that would not be considered as subject to SSAE standards as described in the chapter titled "Attest Engagements" [see the previous chapter (AT 101)]

In an AUP engagement the practitioner issues a report after performing specific procedures on the subject matter, the procedures having been agreed to by the practitioner and the specified party. In this engagement, the specified procedures can vary greatly, but the specified party is responsible for

determining the sufficiency of the procedures. For this reason, the use of the practitioner's report must be restricted to the specified party or parties.

The general, fieldwork, and reporting standards for attestation engagements, as discussed in the previous chapter (AT 101), must be observed in an AUP engagement.

## Promulgated Procedures Checklist

The practitioner should perform the following procedures with respect to AUP engagements:

- Determine whether pre-engagement conditions exist.
- Perform appropriate engagement procedures.
- Prepare an appropriate report based on the scope of the engagement.

> **ENGAGEMENT STRATEGY:** General guidance for documenting an attest engagement is discussed in AT 101 (Attest Engagements).

## Analysis and Application of Procedures

### *Determine whether pre-engagement conditions exist*

Before the practitioner accepts an AUP engagement based on a written assertion, SSAE standards require that the following conditions be satisfied:

- The practitioner must be independent.
- There must be an agreement between the practitioner and the specified party on which procedures are to be performed.
- The specified party must take responsibility for the sufficiency of the agreed-upon procedures.
- The subject matter must be subject to reasonably consistent measurement.
- There must be an agreement between the practitioner and specified party on the criteria to be used for determining the findings.
- The application of the agreed-upon procedures is expected to result in reasonably consistent findings using the criteria agreed upon.
- There is an expectation that evidential matter exists that will provide a reasonable basis for expressing the practitioner's findings.

- There is an agreement between the practitioner and the specified party with respect to materiality, where applicable.
- The use of the practitioner's report is restricted.

In addition to the above requirements, SSAE standards require that one of the following conditions exist:

- The party wishing to engage the practitioner is responsible for the subject matter, or has a reasonable basis for providing a written assertion about the subject matter when the nature of the subject matter is such that a responsible party does not otherwise exist.
- The party wishing to engage the practitioner is not responsible for the subject matter but is able to provide the practitioner, or have a third party who is responsible for the subject matter provide the practitioner with evidence of the third party's responsibility for the subject matter.

> **PLANNING AID REMINDER:** When the AUP engagement relates to prospective financial information, a summary of significant assumptions must be included in the prospective financial statements.

***Identification and sufficiency of procedures***

Generally the practitioner should communicate directly with the specified party to determine which procedures are to be performed and to make it clear that the specified party is responsible for the sufficiency of the procedures. SSAE standards note that when the practitioner is unable to communicate directly with the specified party, procedures such as the following should be employed:

- Compare the procedures to be applied to written requirements established by the specified party.
- Discuss with a representative of the specified party the procedures to be employed.
- Review relevant contracts or correspondence from the specified party.

***Understanding with the client***

The terms of the AUP engagement should be understood by the practitioner and ideally should be expressed in an engagement letter. SSAE standards note that items that may be appropriate for the engagement letter include the following: