

**ROMOLO & ASSOCIATES**
Certified Public Accountants

2428 N. North • Peoria, IL 61604
E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045

## Independent Accountant's Report On Applying Agreed-Upon Procedures

To the Board of Trustees
of East Central Illinois Pipe Trades Health & Welfare Fund
Delinquency Committee
Springfield, Illinois

At your request we have applied certain agreed upon procedures specified by East Central Illinois Pipe Trades Health & Welfare Fund as described in the attached supplement, to the selected payroll and related records of Airport Plumbing & Heating who has agreed to submit their records for the period January 1, 1998 to December 31, 2002. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the East Central Illinois Pipe Trades Health & Welfare Fund Trust Agreements. This engagement to apply agreed-upon procedures was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

Because the procedures described in the supplement do not constitute an audit made in accordance with generally accepted auditing standards, we do not express an opinion on any of the accounts or items referred to in this report.

In connection with the above procedures, certain matters came to our attention that caused us to believe that additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $30,425.00.

In addition, the accompanying notes herein identify any special circumstances which we feel the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Had we performed additional procedures or had we performed an audit of the financial statements in accordance with generally accepted auditing standards, other matters might have come to our attention that would have been reported to you. This report relates only to the items specified above and does not extend to any financial statements of the Employer taken as a whole.

This report is intended solely for the information of the Employer and the East Central Illinois Pipe Trades Health & Welfare Fund and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

*[signature]*

Romolo & Associates
Certified Public Accountants
April 11, 2003





DEFENDANT'S EXHIBIT B

(emphasis added)