E-FILED
Thursday, 08 September, 2005  09:26:30 AM
Clerk, U.S. District Court, ILCD

# RESTATED AGREEMENT AND DECLARATION OF TRUST

## OF THE

## EAST CENTRAL ILLINOIS PIPE TRADES

## HEALTH & WELFARE FUND

DEFENDANT'S
EXHIBIT
C

11/16/92

EXHIBIT
B

`apply.

## Section 4.5 Collection and Enforcement of Payments. The

Trustees, or such committee of the Trustees as the Board of Trustees shall appoint, or the Administrative Manager if one has been appointed and when directed by such committee or by the Board of Trustees, shall have the power to demand, collect and receive Employer payments, and all other money and property to which the Trustees may be entitled, and shall hold the same until applied to the purposes provided in this Trust Agreement. They shall take such steps, including the institution and prosecution of, or the intervention in, such legal or administrative proceedings as the Trustees in their sole discretion determine to be in the best interest of the Trust Fund for the purpose of collecting such payments, money and property, without prejudice, however, to the rights of the Union to take whatever steps it deems necessary and wishes to undertake for such purpose.

The Trustees may employ attorneys, accountants and other professionals to conduct audits of the pertinent employment and payroll records of each employer, and the employer shall be liable to pay the professional fees and costs of suit and audit and all other costs incurred by the Trustees in pursuing delinquent contributions. Such other costs may include but are not limited to filing fees and service of process. Non-payment by any employer of any contribution or other monies owed to the Fund shall not relieve any other employer from his or its obligation to make required payments to the Trust Fund.

11/16/92