E-FILED
Thursday, 08 September, 2005  09:26:57 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

TRUSTEES OF EAST CENTRAL ILLINOIS )
PIPE TRADES HEALTH & WEFARE FUND, )
PLUMBERS & PIPEFITTERS FRINGE )
BENEFIT FUNDS and STEAMFITTERS )
LOCAL NO. 353, )
                                )
       Plaintiffs,             )        Cause No: 04-1059
                                )
v.                                 )
                                )
AIRPORT PLUMBING AND HEATING, INC., )
       Defendant.          )

## <u>AFFIDAVIT OF STEVEN K. KAWOLSKY</u>

Comes now affiant, Steven K. Kawolsky, and states the following under oath:

1.     I am the Vice-President of Airport Plumbing and Heating, Inc. Since before 1988, I have been directly involved in the day-to-day operations of the company.

2.     In 1988, I had a conversation with Jim Flynn, who was a business representative of Plumbers Local 63 regarding Donald Theinert, an employee of Airport Plumbing and Heating, Inc. Mr. Flynn advised me that Mr. Theinert could not become a member of Local 63 because the union had too many members out of work.

3.     On several occasions thereafter, I was told the same thing by representatives of the union when I asked about this matter. After several such refusals, I stopped raising this matter with the union.

4.     It was my understanding that, because he was refused union membership, Mr. Theinert was not covered by the union's collective bargaining agreement.



DEFENDANT'S
EXHIBIT
D

STATE OF ILLINOIS )
ss. )
COUNTY OF PEORIA )

STEVEN K. KAWOLSKY

    Steven K. Kawolsky, the affiant, appeared before me and signed this affidavit under oath before me, this ⟋2⟍ day of September, 2005.

"OFFICIAL SEAL"
MICHAEL L. VOLLMER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07-18-2007

Notary Public

My Commission expires: