UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WEFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUNDS and STEAMFITTERS LOCAL NO. 353, )<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT PLUMBING AND HEATING, INC.,<br><br>Defendant. | Cause No: 04-1059 |

**DEFENDANT'S MOTION TO QUASH/STRIKE**
**PLAINTIFFS' UNTIMELY DISCOVERY AND MEMORANDUM IN SUPPORT**

Defendant Airport Plumbing and Heating, Inc. ("Airport Plumbing") moves this Court to quash or strike the untimely request for admissions and interrogatories of Plaintiffs pursuant to Rule 16(f), Fed.R.Civ.P. In support of its motion, Airport Plumbing states the following:

1. Plaintiffs filed their Complaint on February 25, 2004.

2. Under the parties' original Joint Proposed Scheduling Plan and the Court's Order/ docket entry dated July 6, 2004, the deadline for <u>completion</u> of discovery was February 25, 2005.

3. On March 23, 2005, the parties filed their Joint Motion to Modify Scheduling Plan. In that joint motion, the parties requested the deadline to complete discovery be set on September 23, 2005. On April 7, 2005, after a status conference with counsel, the Court set new pretrial deadlines, including the deadline for <u>completion</u> of discovery of September 23, 2005.

4.      On August 29, 2005, Defendant received, by first-class mail the following discovery: (a) Plaintiffs' First Set of Interrogatories Directed to Defendant, and (b) Plaintiffs' First Request for Admissions Directed to Defendant. True copies of these documents are attached as Exhibits 1 and 2. The certificate of service indicates these documents were mailed on August 24, 2005.

5.      Under Rules 33(b)(3) and 36(a), Defendant has 30 days to respond to this discovery. However, this period is extended by three days under Rule 6(e) due to service of these documents by mail. Fed.R.Civ.P. 6(e), 33(b)(3), 36(a). Therefore, Defendant's time to respond to this discovery under the rules expires, at the earliest, on September 26, 2005, three days after the deadline set for <u>completion</u> of discovery in this case.

6.      Discovery served in such a manner that the responses are not due until after the deadline for completion of discovery are untimely. See <u>Coram Health Care Corp. of Ill. v. MCI Worldcom Communications, Inc.</u>, 2001 WL 1467681(N.D. Ill. Nov. 15, 2001). Plaintiffs' requests for admissions and interrogatories are untimely under the Court's modified Rule 16(b) scheduling order.

7.      Plaintiffs have had over a year from the entry of the original scheduling order to the present to conduct discovery. Plaintiffs did not move to shorten the time for responses to the discovery or to request additional time to conduct discovery in this case. Aside from Plaintiffs' Request for Production of Documents (served by first-class mail on August 16, 2005), this is Plaintiffs' first effort to conduct discovery in this case.

8.      Plaintiffs' Interrogatories and Requests for Admissions are untimely.

For the reasons stated, Defendant Airport Plumbing moves to quash or strike the Request for admissions and Interrogatories received by Defendants on August 29, 2005.

Respectfully submitted,

BOBROFF, HESSE,
LINDMARK & MARTONE, P.C.


BY:   s/ Richard P. Perkins
      Andrew J. Martone, #06203524
      Vanessa K.R. Keith, of counsel
      Richard P. Perkins, of counsel
      7730 Forsyth Boulevard, Suite 200
      St. Louis, MO 63105
      (314) 862-0300
      Fax: (314) 862-7010
      andymartone@bobroffhesse.com
      richperkins@bobroffhesse.com

      Attorneys for Defendant Airport Plumbing
      and Heating, Inc

## CERTIFICATE OF SERVICE

An true copy of the foregoing document was served by operation of the Electronic Case Filing system, this 9th day of September, 2005, to:

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
P.O. Box 5043
Springfield, Illinois  62705
*Attorneys for Plaintiffs*

                           s/ Richard P. Perkins