E-FILED
Friday, 09 September, 2005 11:46:34 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIRPORT PLUMBING AND HEATING, INC.,<br><br>    Defendant. | No. 04-1059 |

## PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS DIRECTED TO DEFENDANT

NOW COME Plaintiffs, TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, by its attorneys, Cavanagh & O'Hara, and, pursuant to Rule 36 of the Federal Rules of Civil Procedure, asks that Defendant admit or deny the truthfulness of the following statements:

1.   Admit that Donald Theinert was a plumber for the period from January 1, 1998 to March 31, 2003.

    **RESPONSE:**

2.   Admit that Donald Theinert performed plumber work for Airport Plumbing and Heating, Inc. for the period from January 1, 1998 to March 31, 2003.

    **RESPONSE:**



TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353,
Plaintiffs,

By:   s/ James P. Moody
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: 217-544-1771
Facsimile: 217-544-9894
jim@cavanagh-ohara.com

### CERTIFICATE OF SERVICE

I certify that I served the foregoing Plaintiffs' First Request for Admission Directed to Defendant by depositing the same in an envelope addressed as follows:

Andrew J. Martone
Richard P. Perkins
7730 Forsyth Boulevard, Suite 200
St. Louis, MO 63105

and by depositing the envelope in the U.S. Mail, in Springfield, Illinois, with first-class postage fully prepaid on this 24th day of August, 2005.

s/ James P. Moody
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: 217-544-1771
Facsimile: 217-544-9894
jim@cavanagh-ohara.com

F:\files\ECIPT\Airport\ReqAdmission.wpd