STATE OF ILLINOIS )
) ss
COUNTY OF PEORIA )

## AFFIDAVIT

TOM CROTZ, being duly sworn, on oath states as follows:

1. I am an employee of Romolo & Associates, Certified Public Accountants.

2. I performed the payroll examination of Airport Plumbing and Heating, Inc. on behalf of East Central Illinois Pipe Trades Health & Welfare Fund.

3. That I computed the amount of the delinquent contributions owed for Donald Theinert as follows:

    a. I reviewed the individual time records of Donald Theinert for each pay period for the audit period.

    b. These records were kept in the ordinary course of business.

    c. The time records indicated the actual hours worked by Donald Theinert.

    d. I summarized the hours worked from the time records by month.

    e. I then multiplied the actual hours worked by the contribution rate for the applicable period to determine the dollar amount of contributions owed.

4. I reviewed the contribution reporting forms submitted to the Fund Office noting that no contributions were remitted to the Fund Office on Donald Theinert's behalf.

Further, Affiant sayeth not.

_____
TOM CROTZ

Subscribed and Sworn to before me this 15th day of September, 2005

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Teresa A. Davis
Notary Public, State of Illinois
My Commission Exp. 05/04/2009

F:\files\ECIPT\Airport\A-Crotz.R&A.wpd

EXHIBIT A