**ROMOLO & ASSOCIATES**
Certified Public Accountants

2428 N. North • Peoria, IL 61604
E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045

April 11, 2003

East Central Illinois Pipe Trades Health & Welfare Fund
C/O Morris Associates
9045 E. 59th Street
Indianapolis, IN 46216

Inv. #1150

For services rendered in connection
with the fringe benefit compliance
examination on behalf of East Central Illinois
Pipe Trades Health & Welfare Fund for
Airport Plumbing & Heating:

| | |
|---|---:|
| Scheduling | $ 50.00 |
| Field Work | 500.00 |
| Processing - Final | 87.50 |
| **TOTAL DUE** | $ 637.50 |

PAYABLE UPON RECEIPT



EXHIBIT
B

