STATE OF ILLINOIS          )
                           ) SS.
COUNTY OF PEORIA           )

## AFFIDAVIT

TIM STRUBHAR, being duly sworn, on oath states as follows:

1. That I have been the Business Manager for Plumbers Local 63 for approximately three and one-half (3 ½) years.

2. Under Article I of the collective bargaining agreement, Plumbers Local 63 is the sole exclusive bargaining agent for employees of Airport Plumbing and Heating, Inc.

3. The bargaining unit includes all plumbers.

4. Article III of the collective bargaining agreement requires Airport Plumbing and Heating, Inc. to recruit applicants for employment through the union.

5. Article II of the collective bargaining agreement requires that bargaining unit employees shall join Plumbers Local 63 on the 8th day following the beginning of employment.

6. To the best of my knowledge, Plumbers Local 63 has never refused to allow Donald Theinert to join the union.

7. The first time that I became aware that Donald Theinert was employed by Airport Plumbing and Heating, Inc. and not a member of Local 63 was after Romolo and Associates' payroll examination.

_____
TIM STRUBHAR

SUBSCRIBED AND SWORN TO before me this 15TH day of September, 2005.

_____
NOTARY PUBLIC

F:\files\ECIPT\Airport\StrubharAff.wpd

OFFICIAL SEAL
BONNIE L. SCHLUETER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-28-2007



EXHIBIT
C