UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WEFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUNDS and STEAMFITTERS LOCAL NO. 353, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>AIRPORT PLUMBING AND HEATING, INC., <br><br>　　　　Defendant. | Cause No: 04-1059 |

**DEFENDANT'S MOTION TO STRIKE
PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT**

Defendant Airport Plumbing and Heating, Inc. ("Airport Plumbing") moves this Court to strike the Plaintiffs' Reply to Defendant's Response in Opposition to Plaintiffs' Cross Motion for Summary Judgment, with the attached Exhibits A, B, and C, due to several violations of CDIL-LR 7.1(D). In further support of this motion, Defendant states the following:

1. Plaintiffs attach three new exhibits to their Reply, including the new affidavits of Tom Crotz, employed by Romolo & Associates, and Timothy Strubhar, Business Manager of Plumbers Local 63. In addition, Plaintiffs submit as Exhibit B, an unattested billing statement of Romolo & Associates. These affidavits and this document raise new facts not previously asserted by Plaintiffs in their original Cross Motion for Summary Judgment, including purported facts going directly to Plaintiffs' claim and the amounts sought by Plaintiffs. The belated submission of this purported evidence in support of

Plaintiffs' Cross Motion for Summary Judgment smacks of sandbagging.

The Local Rules prescribe a summary judgment procedure in which a movant files and supports its Motion for Summary Judgment with its initial filing, not with additional evidence submitted with movant's Reply. CDIL-LR 7.1(D)(3) only permits a movant to submit additional evidence <u>to dispute the additional material facts</u> submitted by his opponent; it does not permit a movant to bolster his original motion with additional evidence presented in the Reply. Here, Defendant's additional material facts in its Response pertain to the refusal of the union to permit Donald Theinert to join. Exhibits A and B to Plaintiffs' Reply do not address these additional facts, but instead attempt to bolster Plaintiffs' original Motion. Because this purported evidence was submitted for the first time with Plaintiffs' Reply, Defendant will not be able to respond to it. Consequently, such evidence is not properly submitted in a movant's Reply and should be stricken. *<u>Hartley v. Wisconsin Bell, Inc.</u>, 930 F.Supp. 349, 352-53 (E.D. Wis. 1996).*

2.     The argument section of Plaintiffs' reply exceeds six double-spaced pages, in violation of CDIL-LR 7.1(D)(5), which limits the argument in a reply to five-double-spaced pages. Plaintiffs did not seek and obtain leave to exceed the limitation set forth in CDIL-LR 7.1(D)(5).

3.     In their Reply to the additional material facts asserted by Defendant in its Response in Opposition, Plaintiffs assert both that the additional facts are disputed and that they are immaterial. However, Plaintiffs make no effort to cite to the evidentiary record to document the dispute, as required by C.D.IL-LR 7.1(D)(3)(a)(2).

For these reasons, Defendant requests the Court to strike Plaintiffs' Reply to Defendant's Response in Opposition to Plaintiffs' Cross Motion for Summary Judgment and

the attached exhibits.

                    Respectfully submitted,

                    BOBROFF, HESSE,
                    LINDMARK & MARTONE, P.C.

                    BY:   s/ Richard P. Perkins
                          Andrew J. Martone, #06203524
                          Vanessa K.R. Keith, of counsel
                          Richard P. Perkins, of counsel
                          7730 Forsyth Boulevard, Suite 200
                          St. Louis, MO 63105
                          (314) 862-0300
                          Fax: (314) 862-7010
                          andymartone@bobroffhesse.com
                          richperkins@bobroffhesse.com

                          Attorneys for Defendant Airport Plumbing
                          and Heating, Inc

## CERTIFICATE OF SERVICE

     An true copy of the foregoing document was served by operation of the Electronic Case Filing system, this 26th day of September, 2005, to:

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
*Attorneys for Plaintiffs*

                                        s/ Richard P. Perkins