IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 04-1059 |
| vs. | ) ) | |
| AIRPORT PLUMBING AND HEATING, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiffs did not attempt to "sandbag" the Defendant by submitting Exhibits A and B in their Reply. The CDIL-LR 7.1(D)(3)(b) provides that the Reply shall be limited to new matters raised in the Response. Such exhibits were submitted in <u>direct response</u> to the Defendant's argument that "Plaintiffs glossed over the basis for its claims and the methods for determining and computing the amount claimed, $30,425.00, relying solely on the report of their accountant . . . to support this figure. Plaintiffs make little effort in their Motion to explain how this figure was computed, what it includes, or the basis for the amount claimed." (See Page 5 of Defendant's Response to Plaintiffs' Cross Motion). Further, although the Defendant did not list these statements as "Additional Material Facts", Plaintiffs construed such statements to be the equivalent of "Additional Material Facts." Therefore, Plaintiffs felt justified in submitting Exhibits A and B. The Defendant is not prejudiced in that it may seek leave from the Court to supplement the pleadings, if necessary.

Plaintiffs' "Argument" section of the Reply exceeded five (5) pages because it included excerpts from the collective bargaining agreement which were already a part of the Court record. Plaintiffs organized the Reply in this manner to facilitate the Court's review. Your Honor would not have to take the time to locate the collective bargaining agreement and search through it for the applicable sections. In addition, the "Argument" section includes a brief introduction. Otherwise, the "Argument" section would have been under five (5) pages.

## Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendant's Motion to Strike.

Respectfully submitted,

TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, Plaintiffs,


By:    s/ James P. Moody_____
       **CAVANAGH & O'HARA**
       407 East Adams Street
       Post Office Box 5043
       Springfield, IL 62705
       Telephone: 217-544-1771
       Facsimile: 217-544-9894
       jim@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

      I certify on October 7, 2005, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Andrew J. Martone
>Richard P. Perkins
>7730 Forsyth Boulevard, Suite 200
>St. Louis, MO 63105
>Attorneys for Defendant

>s/ James P. Moody_____
>**CAVANAGH & O'HARA**
>407 East Adams Street
>Post Office Box 5043
>Springfield, IL 62705
>Telephone: 217-544-1771
>Facsimile: 217-544-9894
>jim@cavanagh-ohara.com

F:\files\ECIPT\Airport\Plaintiffsresponsetomotostrike.wpd