**E-FILED**
Tuesday, 17 January, 2006  12:53:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUNDS and STEAMFITTERS LOCAL NO. 353 | ) ) ) ) ) ) | Cause No. 04-1059 |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | |
| AIRPORT PLUMBING AND HEATING, INC. | ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO RECONSIDER

Defendant Airport Plumbing and Heating, Inc. respectfully requests that this Court reconsider the portion of its January 5, 2006 Order in which it denied Defendant's Motion to Strike Plaintiff's Disclosure of Expert and to Exclude Expert Testimony and Evidence.

Defendant requests that the Court reconsider the primary basis of Defendant's Motion to Strike – that Plaintiffs unequivocally failed to comply with Rule 26(a)(2), Fed.R.Civ.P., in their purported disclosures regarding expert Joseph Romolo and his Report.  This point, which was not addressed by the Court's January 5, 2006 Order, is separate and distinct from Defendant's summary judgment arguments regarding the adequacy of the accounting practices used to prepare the report of Plaintiff's expert.

Defendant submits a brief Memorandum of Law in support of this Motion.

Respectfully submitted,

BOBROFF, HESSE,
LINDMARK & MARTONE, P.C.


BY:   s/ Richard P. Perkins
        Andrew J. Martone, #06203524
        Richard P. Perkins, of counsel
        7730 Forsyth Boulevard, Suite 200
        St. Louis, MO 63105
        (314) 862-0300
        Fax: (314) 862-7010
        andymartone@bobroffhesse.com
        richperkins@bobroffhesse.com

        Attorneys for Defendant Airport Plumbing
        and Heating, Inc

## CERTIFICATE OF SERVICE

        I hereby certify that on January 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following :

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
P.O. Box 5043
Springfield, Illinois  62705
*Attorneys for Plaintiffs*

                    s/ Richard P. Perkins