E-FILED
Monday, 30 January, 2006  10:21:32 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 04-1059 |
| vs. | ) ) | |
| AIRPORT PLUMBING AND HEATING, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
MOTION TO RECONSIDER**

The Defendant's Motion to Reconsider appears to argue that this Court committed manifest error by not addressing the "primary thrust" of its motion to strike, that is whether Plaintiffs' expert disclosures were in compliance with the Rule 26(a)(2). Plaintiffs believe that the disclosures were in compliance with Rule 26(a)(2) and that the Court specifically addressed this matter in its January 5, 2006 Order. The Court's Order restated that Plaintiffs' expert's opinion, the basis and reasons for the opinion, and made reference to the data considered by the expert. The Defendant's Motion to Reconsider should be denied as the Court <u>did not</u> commit manifest error.

Plaintiffs submit a Memorandum of Law in Opposition of Defendant's Motion to Reconsider.

Wherefore, Plaintiffs respectfully request that this Court deny Defendant's Motion to Reconsider.

Respectfully submitted,

TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUND and STEAMFITTERS LOCAL NO. 353, Plaintiffs,

By:     s/ James P. Moody_____
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: 217-544-1771
Facsimile: 217-544-9894
jim@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

I certify on January 30, 2006, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew J. Martone
Richard P. Perkins
7730 Forsyth Boulevard, Suite 200
St. Louis, MO 63105
Attorneys for Defendant

s/ James P. Moody_____
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: 217-544-1771
Facsimile: 217-544-9894
jim@cavanagh-ohara.com

F:\files\ECIPT\Airport\responsetomotiontoreconsidercover.wpd