IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUNDS and STEAMFITTERS LOCAL NO. 353,<br><br>Plaintiffs,<br><br>Vs.<br><br>AIRPORT PLUMBING AND HEATING, INC.,<br><br>Defendant. | Cause No. 1:04cv1059 |

## JOINT MOTION TO CONTINUE TRIAL SETTING AND PRETRIAL DEADLINES AND TO SCHEDULE A SETTLEMENT CONFERENCE

Plaintiffs and Defendant jointly move the Court to (a) continue the trial setting in this case from March 29, 2006 to a date on or after May 22, 2006, (b) continue the pretrial deadlines of the parties consistent with the new trial setting, and (c) set a settlement conference with the Court for March 29, 2006. In support of this motion, the parties state the following:

1.  As the Court is aware, the parties have actively litigated this dispute through pretrial discovery and pretrial motions, including cross-motions for summary judgment.

2.  During the course of the litigation, the parties extensively discussed settlement, culminating in Defendant tendering a new settlement offer to Plaintiffs in a letter to counsel for Plaintiffs dated February 2, 2006. The settlement discussions and the pending offer involve several issues, not just a simple dispute over the amount of money to be paid.

3.  Counsel for Plaintiffs wishes to present Defendant's current offer to his clients, but the Board of Trustees does not meet until April 19, 2006.

4.  Due to the nature of this particular dispute and of the pending settlement offer, the parties believe that a settlement conference, attended by counsel and by appropriate representatives of the parties, will greatly facilitate settlement discussions and the possibility of settlement. The parties believe the current settlement offer cannot be given appropriate consideration prior to the Board's meeting.

Respectfully submitted,

| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUND and STEAMFITTERS LOCAL NO. 353, Plaintiffs, | BOBROFF, HESSE, LINDMARK & MARTONE, P.C. |
|---|---|
| | BY: s/ Richard P. Perkins<br>Andrew J. Martone, #06203524<br>Richard P. Perkins<br>7730 Forsyth Boulevard, Suite 200<br>St. Louis, MO 63105<br>(314) 862-0300<br>Fax: (314) 862-7010 |
| By: s/ James P. Moody<br>**CAVANAGH & O'HARA**<br>407 East Adams Street<br>Post Office Box 5043<br>Springfield, IL 62705<br>Telephone: 217-544-1771<br>Facsimile: 217-544-9894<br>jim@cavanagh-ohara.com | Attorneys for Defendant Airport Plumbing and Heating, Inc |