**E-FILED**
Friday, 28 April, 2006 02:54:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUNDS and STEAMFITTERS LOCAL NO. 353 | ) ) ) ) ) ) | Cause No. 1:04cv1059 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| AIRPORT PLUMBING AND HEATING, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

NOW COME the parties and pursuant to Rule 41(a)(1)(ii) stipulate that the above action

is dismissed without prejudice pursuant to a Settlement Agreement, a copy of which is attached

to this Stipulation to Dismiss.  The parties further agree that the District Court shall retain

jurisdiction pursuant to the case of Kokkenen v. Guardian Life Insurance Company of America,

511 U.S. 375 (1994), to enforce the terms of the Settlement Agreement.

TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFIT FUND and STEAMFITTERS LOCAL NO. 353, Plaintiffs,

AIRPORT PLUMBING AND HEATING, INC., Defendant,

By:    s/ James P. Moody
    **CAVANAGH & O'HARA**
    407 East Adams Street
    Post Office Box 5043
    Springfield, IL 62705
    Telephone: 217-544-1771
    Facsimile: 217-544-9894
    jim@cavanagh-ohara.com

By: s/ Andrew J. Martone
    Andrew J. Martone, #06203524
    **BOBROFF, HESSE, LINDMARK & MARTONE, P.C.**
    7730 Forsyth Boulevard, Suite 200
    St. Louis, MO 63105
    Telephone: (314) 862-0300
    Facsimile: (314) 862-7010
    andymartone@bobroffhesse.com