## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is entered into by and between EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND (and its Trustees) and STEAMFITTERS LOCAL NO. 353 (hereafter collectively referred to as "the Fund"), and AIRPORT PLUMBING & HEATING, INC. (hereafter referred to as "Airport Plumbing");

WHEREAS, the accountants for the Fund reviewed payroll and related records of Airport Plumbing for the period of January 1, 1998 through December 31, 2002 and concluded Airport Plumbing owed $30,425.00 in contributions, interest, and liquidated damages to the Fund based on hours worked by employee Donald Theinert for Airport Plumbing during this period of time. Airport Plumbing disputes the conclusions of the Fund's accountants and denies any amounts were owed;

WHEREAS, the Fund, by their attorneys, filed a complaint against Airport Plumbing in the United States District Court for the Central District of Illinois, case number 04-1059, seeking judgment for the amounts it claimed were due. Airport Plumbing, by its attorneys, answered the complaint, denying any amounts were due;

WHEREAS, the parties desire to voluntarily settle their dispute and dispose of the pending lawsuit and all potential disputes between the parties as of the date of this Settlement Agreement; and

NOW, THEREFORE, in consideration of the following terms and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Fund and Airport Plumbing agree as follows:

1. <u>Mutual Release of All Claims</u>. The Fund hereby voluntarily and knowingly releases, acquits and forever discharges Airport Plumbing and its shareholders,

directors, and officers from any and all demands, claims, actions, suits, causes of action, charges, complaints, liabilities, costs, contracts, agreements and damages of any nature whatsoever (whether known or unknown, foreseen or unforeseen, in law, in equity or otherwise), including, but not limited to, claims for statutory liquidated damages, interest, accounting fees and costs, and attorneys fees and costs, and court costs, which the Fund has now or may have against Airport Plumbing for the examination period of January 1, 1998 through December 31, 2002.  The Fund further releases Airport Plumbing and its shareholders, directors, and officers from any and all demands, claims, actions, suits, causes of action, charges, complaints, liabilities, costs, contracts, agreements and damages of any nature whatsoever for the period from January 1, 2003 through the date of execution of this agreement in connection with its employment of Donald Theinert.

Airport Plumbing hereby voluntarily and knowingly releases, acquits and forever discharges the Fund from any and all claims for benefits – including any and all actions, suits, causes of action, charges, complaints, liabilities, costs, contracts, agreements and damages of any nature whatsoever (whether known or unknown, foreseen or unforeseen, in law, in equity or otherwise), including, but not limited to, claims for liquidated damages, interest, and attorneys fees and costs, and court costs – on behalf of employee Donald Theinert for the period of January 1, 1998 through the date of execution of this agreement.  Further, Airport Plumbing hereby indemnifies the Fund (and its Trustees) for any and all claims whatsoever brought by a Plan participant(s) for contributions or benefits in connection with the employment of Donald Theinert

2. <u>Duties.</u>  (a) Airport Plumbing will pay to the Fund the amount of Twenty Thousand Dollars and no cents ($20,000.00).  Payment will be made in four monthly

payments of $5,000.00, due May 1, June 1, August 1, and September 1, 2006. Payments will be delivered to James P. Moody, Cavanagh & O'Hara, 407 East Adams Street, P.O. Box 5043, Springfield, Illinois 62705, on or before the date due.

(b) Upon execution of this agreement, Airport Plumbing will provide to the attorneys for the Fund a waiver, in the form attached hereto as Exhibit A, signed by Airport Plumbing employee Donald Theinert.

(c) Airport Plumbing agrees that it will not employ Donald Theinert to perform bargaining unit work in the future.

3. <u>Binding Agreement</u>. This Agreement shall be binding upon and inure to the benefit of the parties and their respective heirs, personal representatives, successors and assigns.

4. <u>Severability</u>. If any term, provision, covenant or condition of this Agreement is held to be invalid, void or unenforceable, the remaining terms and provisions of this Agreement shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

5. <u>Entire Agreement</u>. This Agreement contains the entire agreement of the parties hereto, and supersedes all other agreements and understandings, whether written or oral, covering the subject matter hereof. The parties agree that this Agreement may be signed in counterparts with the same effect as if the signatures were upon the same document. The parties warrant that there are no representations, agreements, arrangements or understandings, oral or written, between the parties hereto, relating to the subject matter contained in this Agreement that are not fully expressed herein.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the dates indicated below.

| EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND | AIRPORT PLUMBING & HEATING, INC. |
|---|---|
| By: *[signature]* | By: *[signature]* SIGNATURE REDACTED PJR<br>Steven K. Kawolsky, Vice President |
| Title: Trustee/ Chairman | |
| Date: 4-28-06 | Date: 4-27-06 |

4