## WAIVER

I, Donald Theinert, knowingly and voluntarily agree and affirm the following:

1. I have been employed by Airport Plumbing & Heating, Inc. during the period of January 1, 1998 through the present. During most of this period of time, I have worked part-time.

2. I am aware that Airport Plumbing & Heating, Inc. was bound by a collective bargaining agreement which required Airport Plumbing to make contributions to the Fund;

3. I am aware that the East Central Illinois Pipe Trades Health & Welfare Fund filed a lawsuit against Airport Plumbing & Heating, Inc. claiming fringe benefit contributions were owed based on hours I worked for Airport Plumbing & Heating, Inc. during the period of January 1, 1998 through December 31, 2002.

4. I was not a member of Plumbers No. 63 or any other local of the Plumbers and Pipefitters Union during the period of January 1, 1998 through the present.

5. I was aware at the time that Airport Plumbing & Heating, Inc. was not paying any fringe benefit contributions provided for in the collective bargaining agreement on my behalf and was not deducting and forwarding any union dues to Plumbers Local No. 63 or any other local of the Plumbers and Pipefitters Union.

6. I am aware of the settlement agreement between the East Central Illinois Pipe Trades Health & Welfare Fund and Airport Plumbing & Heating, Inc. to settle the pending lawsuit. A copy of the settlement agreement has been provided to me, and I have reviewed it.

7.  To my knowledge, I have not made a claim for benefits of any kind against the East Central Illinois Pipe Trades Health & Welfare Fund during my employment with Airport Plumbing & Heating, Inc.

8.  I hereby knowingly and voluntarily waive and release any and all claims for benefits or other demands, claims, actions, suits, causes of action, charges, complaints, liabilities, costs, contracts, agreements and damages of any nature whatsoever (whether known or unknown, foreseen or unforeseen, in law, in equity or otherwise), including, but not limited to, claims for liquidated damages, interest, and attorneys fees and costs, and court costs, which I have or may have against the East Central Illinois Pipe Trades Health & Welfare Fund for the period of January 1, 1998 through the date of execution of this Waiver.

9.  **I affirmatively state that I have read this document before signing it. I affirmatively state that I understand the contents of this Waiver and that I agree to and sign this Waiver voluntarily.**

**READ AND AGREED:**

**DONALD THEINERT**

_____  SIGNATURE REDACTED - PJR
Signature

1-31-06
Date

2