E-FILED
Friday, 28 April, 2006  04:05:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS FRINGE BENEFITS FUNDS and STEAMFITTERS LOCAL NO. 353<br><br>Plaintiffs,<br><br>Vs.<br><br>AIRPORT PLUMBING AND HEATING, INC.,<br><br>Defendant. | Cause No. 1:04cv1059 |

**ORDER DISMISSING CASE AND**
**RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

THIS CAUSE coming before the Court on the Stipulation to Dismiss pursuant to Rule 41(a)(1)(ii) and the terms of a written Settlement Agreement, a copy of which is attached to the Stipulation to Dismiss and incorporated into this Order by reference, and the parties further agreeing in that Stipulation to Dismiss that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. Pursuant to Kokkenen v. Guardian Life Insurance Company of America, 511 U.S. 375 (1994), this Court retains jurisdiction over this matter for the purpose of enforcing the terms of the written Settlement Agreement.

ENTERED:   April 28, 2006          s/ John A. Gorman
                                    JUDGE JOHN A. GORMAN